June 27, 2013

James, McCarron
Attorney At Law
1755 S. Naperville Rd
Wheaton, IL 60189

**FILED**

JUL 0 3 2013

MAGISTRATE JUDGE IAIN D. JOHNSTON
UNITED STATES DISTRICT COURT

Dear Mr. McCarron,

    I am sending this letter in hopes that you give the written word more serious attention than my verbal words. You have been made aware of the dissatisfaction I have with the representation you have given me but it goes much deeper than just dissatisfaction.

    You continue to advise me to take the deal but yet have presented me with a deal. I have asked what the government is using to prosecute me but I am yet to review any evidence. I listened to you tell Judge Mahoney month after month that you have gone over the evidence with your client. If you did it was not this client. I have heard from several witnesses that at least one defendant was able to see the evidence but I have not. You expect me to accept a deal on charges only without understanding the evidence, which would certainly mean I am not being defended and the retainer I have provided was for more than appearing on status hearing when you feel like showing up. I can keep the dates straight and I am not paid to do so but you are. Your office gave the correct date and I appeared.

    I have asked for certain documents to review, in fact I asked you to write them down so you would not forget but I am yet (3 months later) to see any result or action on my request. I no longer feel (by any stretch of the imagination) confident that you are providing the best defense, if any.

    You are going to withdraw. You are going to withdraw without any hesitation. You are going to withdraw without any hesitation and turn over to me any notes concerning and conversations that you have had concerning this case if any actually took place. In addition, I am also waiting for an accounting of the use of the retainer. Please mail this statement to the address below.

    Your immediate attention to this matter would be appreciated.

Sincerely

*[signature]*

John C. Blanchard
3305 S. Illinois Route 31
Crystal Lake, IL 60012

Cc: Honorable Iain D. Johnston
Cc: Scott Verseman, US Attorney