Alan Baum, SBN 42160
The Criminal Defense Group
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorneys for Defendant,
JOHN C. BLANCHARD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>JOHN C. BLANCHARD<br><br>    Defendant. | ) Criminal No. 12 CR 50051-1<br>)<br>)<br>) **UNOPPOSED MOTION TO CONTINUE**<br>) **SENTENCING; DECLARATION OF**<br>) **ALAN BAUM**<br>)<br>)<br>) |

    Comes now Defendant John S. Blanchard, by and through his attorney of record, Alan Baum, and moves this Court for an Order continuing the sentencing of this matter presently set for July 30, 2014 to the week of September 9th or thereafter, based upon the reasons stated in the attached Declaration of Alan Baum.

DATED: July 2, 2014

                                                   Respectfully submitted,
                                                   THE CRIMINAL DEFENSE GROUP

                                                   _____/s/_____
                                                   Alan Baum, Esq.

                                                   Attorneys for Defendant,
                                                   JOHN C. BLANCHARD

## DECLARATION OF ALAN BAUM

Alan Baum, having been first duly sworn, does declare and state:

1. I am an attorney at law, admitted to practice before this Honorable Court, and attorney of record for defendant, John C. Blanchard. This declaration is submitted in support of defendant's Unopposed Motion to Continue.
2. Defendant's counsel has a medical condition that will require surgery on or about July 31st and will be in recovery for two weeks in August and then has a prepaid vacation planned out of the country from August 18th through September 3rd.
3. Defendant's counsel has spoken to AUSA Joseph C. Pedersen attorney for the plaintiff, and he has no objection to a continuance in this matter.
4. The continuance is not based on the lack of diligence on the part of the parties. There are financial issues involved in the sentencing which require further investigation.
5. Based upon the above, the ends of justice served by continuing the case as requested outweigh the interest of the public and defendants in a trial within the time prescribed by the Speedy Trial Act.

Executed this 2nd day of July, 2014, at Studio City, California.

                                                          /s/
                                       Alan Baum, Esq.

                                       Attorneys for Defendant,
                                       JOHN C. BLANCHARD

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2014, the UNOPPOSED MOTION TO CONTINUE SENTENCING; DECLARATION OF ALAN BAUM was submitted electronically on the Electronic Case Filing System of the Clerk of the U.S. District Court for the Northern District of Illinois.

      /s/    Alan Baum