UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,      )
                           ) Criminal No. 0752 3:12-cr-50051-1
         Plaintiff,         )
                           )
    vs.                       )
                           ) **DEFENDANT'S SENTENCING**
JOHN C. BLANCHARD,          ) **MEMORANDUM WITH EXHIBITS**
                           )
         Defendant.        )
_____ )

## DEFENDANT'S SENTENCING MEMORANDUM

Defendant JOHN C. BLANCHARD respectfully submits the following Sentencing Memorandum with Exhibits in which he respectfully requests that the Court impose a below-Guidelines sentence. The Defendant submits that the circumstances related to the offense and the characteristics of the offender will justify a sentence less lengthy than that calculated by the Sentencing Guidelines. The following memorandum discusses the request in greater detail.

## MEMORANDUM OF LAW

### I.

### GENERAL LEGAL PRINCIPLES

In *United States v. Booker*, the Supreme Court declared the federal sentencing guidelines advisory and directed sentencing courts to consider all of the factors listed in 18 USC §3553(a) to determine a sentence which is "sufficient but not greater than necessary". 543 US 220 (2005). After *Booker*, a sentencing court must (1) correctly calculate the advisory guideline range, (2) determine a reasonable sentence by considering the sentencing range provided by the Guidelines and the §3553(a) factors. *United States v. Talley*, 431 F.3d 784, 786 (11th Cir. 2005.)

The Supreme Court clarified many post-*Booker* sentencing issues. In *Gall v. United States*, 552 U.S. 38 (2007), the Supreme Court announced the following:

       1.       It rejected a rule that required "extraordinary circumstances" to justify a sentence outside of the guideline range or a mathematical formula which uses the percentage of departure from the guidelines as a measurement of sufficiency;

-1-

2.      It rejected any notion, either explicit or implicit, that a sentence outside of the guidelines will be presumed unreasonable;

3.      It made it clear that the only standard for appellate review of a sentence is abuse of discretion;

4.      It recognized the district court's "superior position" in making an individualized assessment based on the facts present;

To reiterate, this Court, before deciding what sentence is sufficient, but not greater than necessary, must consider the nature and circumstances of the offenses, Defendant's history and characteristics, and the concerns of §3553(a)(2)-(7). Because the Sentencing Guidelines are now only advisory, this Court can vary its sentence from the advisory guideline range so long as the Court imposes a sentence which meets the requirements of 18 USC §3553(a). *United States v. Smith*, 562 F.3d 866, 872 (7th Cir. 2009.)

The *Smith* Court made clear that calculation of the sentencing range suggested by the sentencing guidelines is merely a predicate step toward an ultimate determination of a reasonable sentence, as are determination of statutorily available sentences, and review of the other 3553 factors. As the *Smith* Court noted, quoting *Rita v. United States*, 551 U.S. 338, 351 (2007), a sentencing court must then consider whether th offense falls outside of the heartland reflected by the Guidelines range, whether the Guidelines fail to adequately take into account the individual 3553 factors, or whether a variance is justified for any other reason, and is not entitled to presume that a term within the Guidelines range should apply. *United States v. Smith,* 562 F.3d at 872. The Court is free to disagree with the advisory guideline range on general policy grounds, individualized fact grounds, or because this Court concludes a different sentence is appropriate "regardless" of the guideline range. *Rita v. United States*, 551 U.S. 338, 347, 351, 356 (2007). This Court may thus properly vary from a guidelines sentence based on its finding that the child pornography guideline was not developed by the Commission in its characteristic institutional role of basing its determinations on empirical data and national experience. This is consistent with the Supreme Court's repeated recognition that when a guideline was not developed by the Commission based on empirical data of past sentencing practices and national sentencing

experience, it is not likely that the guideline "reflect[s] a rough approximation of sentences that might achieve § 3553(a)'s objectives," and that a policy-based variance from such a guideline is not subject to "closer review" and is "not suspect." See *Kimbrough*, 552 U.S. at 109-10; *Spears v. United States*, 555 U.S. 261, 264 (2009); *Rita*, 551 U.S. at 348, 349-50.

## II

## OBJECTIONS TO APPLICATION OF GUIDELINES ENHANCEMENT (2B1.1(b)(2)(A) FOR 10 OR MORE VICTIMS

As the Court's first task is to calculate the appropriate Guidelines range, the Defendant submits that the 2-level "multiple victims" upward Guidelines adjustment pursuant to U.S.S.G. 2B1.1(b)(2)(A), included in the calculation in the Presentence Investigation Report (PSIR §22) should not apply to him. Application Note 1 to Section 2B1.1 defines a victim as "any person who sustained any part of the actual loss sustained under subsection (b)(1)". The PSIR indicates that the adjustment is appropriate because "31 veterans suffered a loss, as a result of the instant offense." The PSIR refers to those 31 veterans at paragraph 11, indicating that their loss was occasioned by non-payment of wages required under the Service Contract Act, the Davis-Bacon Act and the Illinois prevailing wage laws.

Defendant admitted in paragraph 6(l) of the Plea Agreement that his company, Liberating Solutions, Inc., employed at least 31 veterans, "**some of whom** were not paid the prevailing wages as required by" the aforementioned laws, and has agreed to pay restitution to those veterans in the approximate amount of $100,000.00. In discovery provided by the government eight names have been furnished, along with amounts of underpayments, totaling $98, 259.16, a figure which appears to be part of the total loss reported by the Probation Officer as $2,011,698.19. This latter figure is a combination of the face amount of the laptop computer contracts, the false invoices submitted by Amy Johnson to the DOL, and the approximately $98,000 in unpaid wages. Defendant contends that these eight under-paid veterans are entitled to the agreed restitution but that there is no credible evidence that more than ten veterans were not paid the prevailing wages.

**III**

**APPLICATION OF 18 USC 3553(a)**

**A. 18 USC 3553(a)(1): THE NATURE AND CIRCUMSTANCES OF THE OFFENSE AND THE HISTORY AND CHARACTERISTICS OF DEFENDANT**

Section 3553(a)(1) requires this Court to consider "the history and characteristics" of Defendant as a factor in the sentencing calculus. It is particularly appropriate for a court to consider a defendant's history and characteristics because the guidelines do not address a defendant's personal characteristics except for criminal history. *Rita*, 551 U.S. at 364-365 and n.3 (Scalia, concurring.).

The nature and circumstances of Mr. Blanchard's offense is that he committed the offense of Wire Fraud, in violation of 18 U.S.C. section 1343, when he directed a co-defendant to transmit bids for contracts that had been set aside for Service Disabled Veteran-Owned Businesses via wire even though his businesses were not owned in whole or in part by a service disabled veteran. As a second part of the relevant conduct related to the offense of conviction, two of the bidding businesses, NASA Education Corporation and Liberating Solutions , were non-profit organizations created by Mr. Blanchard to provide job re-training, housing, and social re-integrative services to homeless veterans. Although the companies were required under several of the contracts he obtained through those companies to pay specified wages to veteran employees, they failed to do so on several occasions.

Mr. Blanchard recognizes that the offense conduct as presented in the PSIR is accurate. However, without putting it all in context, it paints a distorted picture of who John Blanchard is and what he has done. A fuller history and characteristics of Mr. Blanchard provide the necessary context. That history and those characteristis are reflected herein by Mr. Blanchard's own letter, which is attached hereto as Exhibit "A", a character letter provided by his co-defendant, Amy Johnson, which is attached hereto as Exhibit "B", and letters submitted by several people who were helped by NASA Education Corp., which are collectively attached hereto as Exhibit C. These letters provide the necessary context to understand that, far from being a criminal, intent on preying on down-on-their-luck veterans, Mr. Blanchard, a veteran

himself, traumatized by his own experiences overseas, acted out of a sense of duty to other veterans. His offense conduct was not an attempt to victimize either agencies of the United States Government or the individual veterans. Rather, he committed the offense conduct because his own moral compass led him astray, pulled as it was in several directions at once by his own personal demons and the stresses of everyday life for a man with a family, several businesses to run, and an overwhelmed sense of personal responsibility.

Mr. Blanchard's letter to the Court paints a portrait of a man whose successes and failings were driven in large part by the same engine; his desire to make up to the Marines and sailors he feels he failed during his active duty. Of course, Mr. Blanchard's own description of his actions while acting as a helicopter transit controller aboard the USS Virginia during the rescue of Marines caught in the infamous barracks bombing in Beirut, Lebanon in 1983, does not square with his own feelings of failure. (Exhibit"A" p.2.) In fact, Mr. Blanchard's actions of helming a transit controller console for fourteen hours were commendable, and in fact, were commended, as noted in the PSIR, at paragraph 70. But, Mr. Blanchard wrote, "I could only assume that I was helping to save my buddies," when in fact, "[When] my division officer shared with me a list of [killed in action]... [i]t seemed like every name I was hoping not to find I found." (Exhibit "A", p.2.)

Mr. Blanchard felt the incomprehensible frustration of trying with every fiber of himself to help save his friends, marines with whom he had bonded during long, trans-Atlantic transports, but finding that all of his efforts were futile. Learning of the fate that befell the USS Stark, the ship from which he had previously been removed as a result of a training failure brought about by amphetamine dependency, only solidified his feelings of failure: "I felt like it was my fault they died. I failed my shipmates. I left them behind." (EXHIBIT "A" p.3.) After years of a "downward spiral," in which he was separated from the Navy after subconsciously "trying to destroy what I once held so dear," and then spending several self-destructive years drinking, contemplating suicide, he finally resolved to deal with his feelings once he returned home to Wisconsin. (Exhibit "A"p.3.)

Somehow, Mr. Blanchard began to transform himself. He found a job at which he could excel. Once he "chiseled out a specific niche" and created his own successful company, his guilt and feelings of inadequacy and responsibility began to drive him toward a life of philanthropy and hard work. (Exhibit "A" p.3) He first created NASA Education Corp., a 501(c)(3)-registered nonprofit, to provide small scholarships to budding IT professionals. (Exhibit "A" p.3) However, after a fateful encounter with a homeless veteran at a train station near the end of 2004, Mr. Blanchard's path was determined, as much by his unexamined feelings of guilt and responsibility toward his shipmates as by any conscious desire to help others. (Exhibit "A"p.3)

At this point, Mr. Blanchard was at the helm of two successful businesses. Along with those responsibilities, his marriage to Joanne, and the birth of his son, John Jr., Mr. Blanchard had precious little attention to devote to his budding non-profit. But his encounter with that veteran changed his focus. His co-defendant, Amy Johnson, described Mr. Blanchard as a man "who always put others ahead of himself both personally and professionally." (Exhibit "B".) She noted that, shortly after she began working for him in 2004, "NASA Education, his non-profit, became his primary focus." (Exhibit "B".)

It cannot be doubted that Mr. Blanchard used that focus to benefit hundreds of veterans. The same way he had with his for-profit businesses, he used business savvy and a willingness to try new things and think outside the box to create in NASA Education a non-profit that actually helped those it sought to assist, all while being completely privately funded. As Ms. Johnson wrote:

> John was named veteran of the month back in November 2008 by Tammy Duckworth and acknowledged by then Governor Rod Blagojevich. He received many national, state and local awards for his eork with veterans--the 2008 Economic Commission of the American Lefion, Department of Illinois, Employer of the Year and National Economic Commission of the American Legion National Outstanding Achievement award for the employment of veterans, as well as receiving the award of Business Champion and was specially recognized by the McHenry County Economic Development Corporation.

Some of those who were helped have written letters describing the great impact Mr. Blanchard had on their lives. Gwenn Lacy-Lowe, whose letter is attached as Exhibit "C"1, wrote

at length of being saved from a "whirlwind maze of addiction" after attending a Stand Down event and thereafter joining NASA Education's program: "It was an honor & privilege to do things that built character, resurrected self worth--giving my life purpose again. John Blanchard deserves a standing ovation, honorable mention, trophies, world's best founder, Man of the Century awards... Mr. Blanchard not only sponsored the work we got but went with us--as a role model, side by side did the work himself no matter how dirty or hard, or how long it took to get a job done." (Exhibit "C"1 p. 1.) Mr. Blanchard described those "Stand Down" events more fully in his letter to the Court and noted that:

Since 2006 we've hosted 14, 2-day events and various small, 1/2 day events. At the two-day event, we provided transportation, warm meals and overnight shelter and shower in a local hotel during the even; services such as the VA Medical Center provided information and referrals for the domiciliary program and mental health services. Various other state and county agencies attend and provide information on food stamps, veteran benefits, claim issues, etc.: legal counseling from a local attorney and referrals for dental appointments from local dentists; free haircuts provided by volunteer stylists; donated clothes, coats, underwear and shoes, hygiene kits, military gear an much much more. (Exhibit "A" p.5.)

As Mr. Blanchard wrote, the Stand Down events were of tremendous help, "[A]fford[ing] battle-weary soldiers the opportunity to renew their spirit, health and overall sense of well-being." (Exhibit "A"p.4.) Of course, NASA Education's mission extended well beyond theinitiating steps of reintegration afforded by those Stand Downs. Through its comprehensive program, it sought to return veterans to productive lives. Several wrote of their experiences. Donald W.H. Andrews, whose letter is attached as Exhibit "C"2, wrote of all the benefits he received from his time with NASA Education: "In the time I've been with NASA Education, I've learned, among other skills, how to use a chainsaw, how to drive a forklift, and how to drive a van with a triler attached (and how to back up with said trailer, which I now consider myself a pro at). I was given an opportunity (out of necessity) to conquer my fear of heights, I got upper and lower dental plates that actually fit (which the VA wasn't able to do for some reason), I was even given the paid opportunity to certify for medical coding and billing." (Exhibit "C".2, p. 1.) He even wrote about being accepted back into the program after his completion, when his schizophrenic landlord set his room on fire. His summary of Mr. Blanchard's efforts is telling: "I

know John pled guilty, but that hasn't diminished his wanting to help veterans (or anybody in general). The thrift stores and stand downs attest to that." (Id.)

Likewise, Navy combat veteran Stephen Michaelson, who became homeless after he lost his IT job with United Airlines in the aftermath of the financial crisis, sought shelter from NASA Ed. in 2012, well after Mr. Blanchard's legal troubles began. He wrote about the lengths to which Mr. Blanchard and his co-defendant Amy Johnson went to help him: "When my triplet son needed to come back, for medical care of his own that he couldn't get in Ghana, John and Amy moved me into an apartment of my own, that we wouldn't have to share with anyone else." (Exhibit "C"3, p.2.) After entering the program, Mr. Michaelson was diagnosed with post-traumatic stress disorder, major depressive disorer, and a severe case of sleep apnea. Thanks in no small part to the shelter from his own personal storm provided by NASA Education, Mr. Michaelson was able to gain a solid footing, and get his conditions under control. He concluded: "I honestly believe that, if not for John Blanchard, my marriage would have permanently failed, my son's and wife's health would have suffered, and I might have died prematurely.

Mr. Blanchard's drive was to help other veterans whose existences had been damaged by their experiences, to reintegrate back into society, or even, like disabled veteran Jessie Taylor, whose letter is included as Exhibit "C"4, just to experience some camaraderie and time away from the stresses of everyday life. It was a powerful drive, as noted by personal friend--and frequent NASA Education volunteer--Debbie Wilkinson. She wrote of the many events she volunteered at, and of how, "While working with him I have seen him demonstrate kindness, patience, and love for th*e veterans he serves*." [Emphasis added.] (Exhibit "C"5.) Ms. Wilkinson, who was introduced to Mr. Blanchard by co-defendant Amy Johnson, assessed Mr. Blanchard thusly: "[H]e really does help a lot of people in need."

Even a victim of Mr. Blanchard's offense conduct, Anton Arimas, whose Victim Impact Statement is attached hereto as defense Exhibit "D", wrote of the effect that Mr. Blanchard had on him: "John worked many times in the field and trenches with us. From raising tents for the U.S. Army at Ft. McCoy to many, many jobs for state and federal situations. We... took great pride in a job well done." (Exhibit "D" p.3.) Mr. Blanchard's "vision and mission statement" so

affected Mr. Arimas that, despite his disappointment in Mr. Blanchard's "recklessness, Mr. Arimas nevertheless wrote, "I pray that you Most Honorable Judge Kapala have mercy on this man." (Exhibit "D" p.1.) The plea for mercy by Mr. Arimas, a self-described "infantry man," is implicitly his recognition that Mr. Blanchard's "recklessness and line-crossing" did not outweigh all the good Mr. Blanchard did for veterans.

Indeed, his philanthropic instinct--his desire to help others--persuaded him to occasionally expand the reach of NASA Education to include non-veterans. Thus, Lois Leveitt and her husband, Rodney, became participants, even though neither was a veteran. She wrote: "John never gives up on people or pushes them out if they are not ready regardless how long it takes as long [as] the individual follow the rules. I admire John and am very thankful for what he has done for my husband and myself. I don't know where I would be without John or his program." (Exhibit "C"6)

Likewise, Christina Salak, another homeless, non-veteran participant, wrote, of her experiences learning a number of her skills and becoming motivated to complete a course in Massage Therapy and eventually to pass the state licensing exam: "[Mr. Blanchard] instilled in me the mindset that I needed to go and take the state licensing exam and I passed it with a high percentage." (Exhibit "C"7) After acknowledging that she made mistakes during her time in the progtram, she wrote, "The fact that John gave me the chance that he whas and forgave me when I wronged him, I feel that I cannot thank him enough for all that he has done for me... John is the closest thing to loving family that I have." (Exhibit "C" 7 p.2.)

Another beneficiary of Mr. Blanchard's inability to contain his instinct to help was Debra Zenga, who wrote of Mr Blanchard giving her shelter, fixing her truck, helping her to end an abusive relationship, and even staying at the hospital while she was in surgery. Though she was not a participant in NASA Education's program, she was impressed by its efforts, writing, "I would be so proud to be a part of NASA and most appreciative of John and all he's done for me, the veterans, and the community. I've always heard good things from church[es] and food pantries about NASA and John." (Exhibit "C"8, p.2.)

Another example of how Mr. Blanchard went above and beyond any expectations of what one person could do to help others was his creation of Vet-Teks Trucking. As his co-defendant, Ms. Johnson, explained, the idea came after Mr. Blanchard met with a disabled veterran who had been an over-the-road, long-haul trucker, but whose responsibilities toward his teenage daughter left him unable to continue the work. She explained that Mr. Blanchard decided to start a trucking company as a funding source for the non-profit, while employing this veteran to manage it: "Since the veteran couldn't travel he became an employee and helped manage and build the newly formed company and was able to be home every night with his daughter." (Exhibit "B", p. 2.) As noted in the McHenry [Illinois] County Blog articles included as (Exhibit "E"), that company, Vet-Teks, Inc., became a tremendous success, for the disabled veteran who inspired its creation, Ray Charlette, for the scores of veterans who received training and opportunity because of it, for the companies that contracted with it and were satisfied with Vet-Teks' performance, and for the non-profit it was designed to fund. Mr. Blanchard's drive and creativity created good that was exponential of its source.

However, at the same time that Mr. Blanchard was enjoying tremendous success in his professional and philanthropic efforts, though, his personal life was experiencing increasing tumult, as his devotion to his many responsibilities began to pull him in all directions at once:

> The other companies [besides Liberating Solutions] were doing very well; the trucking company was hauling for JB Hunt, Werner, Knight, and Schneider. Our car shop was now open to the public as a funding source was doing very well also. I started the PRISIM center that was formed as a drug and alcohol counseling center which was also a funding source while providing the necessary counseling for our participants. I had a lot going on and was being pulled in every direction including my home life. My wife wanted more time, my employees wanted more time, my contracting officer wanted more time, Amanda [Schumacher, Liberating Solution's claimed service-disabled veteran] wanted more time, and my kids wanted more time. Everything was moving so fast." (Exhibit "A" p. 5.)

He wanted to help; he wanted to do all he could; he didn't want to disappoint any of the many people for whom he felt responsible. Most of all (and unbeknownst to him), he didn't want to reexperience the same feeling of failing others he had when he found out his Marine friends at the barracks had died, and when he learned what happened to the USS Stark. He had many balls in the air, and, as a result of his subconscous need not to have that feeling again, once a ball dropped--Amanda Schumacher resigned from her position and ownership interest with Liberating Solutions, thus rendering that company ineligible to bid on set-aside contracts--he was unable to just allow the failure, to regroup, and to start over. [See Letter of Relinquishment of Amanda Schumacher, dated 07-25-07, attached hereto as Exhibit "F". Instead, so that he could continue to feel like he was not letting down the many people for whom he felt responsible--and especially, in this instance, the many veterans being helped by NASA Education--he decided to cheat: "I never did find a candidate to replace Amanda. I never did cancel any contracts because we were not qualified. I never did remove us from a list of qualified bidders."

As this Court has seen in many fraud type cases where good people do bad things, rationalizing occurs by telling oneself that he you're saving the government money by offering the lowest bids on the contracts, by completing the contracts, and by continuing to use NASA Education to help veterans in substantial and immediately recognizable ways. Most of all, Mr. Blanchard did not stop to think about the service-disabled veterans whose companies were being cheated out of contracts. Only in retrospect has he realized that his actions impacted the same people he was working so hard to help: "I am sure that there were other qualified service disable[d] veteran owned businesses that would have profited from these contracts, I am truly saddened." (Exhibit "A"p.7.)

Mr. Blanchard noted his disappointment that his "moral compass" went so astray, at p. 7 of his letter; he wrote:

> During the time of these contracts, I spent a lot of time with our drug and alcohol counselor to find a way to divvy up my time better and to get over this overwhelming feeling of being pulled in all directions. Something more important came out of our sessions and that gave me answers to what was plaguing me for so many years. I was able to bring colsure to so many chapters in my life. I was finally making sense of who I was

and now able to forgive myself for things I had no control over... We finished up the last of the contracts and never bid again. (Exhibit "A" p.7.)

Mr. Blanchard's moral compass had gone awry. However, it is also clear that, far from being a sociopath, intent on cheating the government and veterans out of their rightful benefits, Mr. Blanchard committed his offenses because he did not have the tools to reconcile all the directions in which his life was pulled. With the help of his drug and alcohol counselor, he began to develop those tools. After he receives his sentence, he intends to focus on raising his son, John Jr., and continuing to focus on his own reintegration. As he concluded, "I accept full responsibility for my actions and ask and plead, Your Honor, to find it within your authority to allow me to continue raising my son while working on my own recovery." (Exhibit "A"p.9.)

## B. USC 3553(a)(2)(A): THE NEED FOR THE SENTENCE IMPOSED TO REFLECT THE SERIOUSNESS OF THE OFFENSE, TO PROMOTE RESPECT FOR THE LAW, AND TO PROVIDE JUST PUNISHMENT FOR THE OFFENSE .

Mr. Blanchard did not commit his offense because of any lack of respect for the law. Instead, as detailed above, he was a man whose judgment failed him as personal pressures and internal demons led him astray. As such, any sentence will be adequate to ensure respect for the law.

With respect to the seriousness of the offense, although it is clear that the offense was serious, as Mr. Blanchard and his co-defendants defrauded not only the United States, but also individual veterans, it is also clear that certain contextual aspects mitigate its seriousness. First, there can be no doubt that Mr. Blanchard, through the non-profit of his design, was devoted to helping, and was in fact helping, a large number of veterans. Indeed, as exemplified by the dental plates Mr. Andrews received, NASA Education was often helping veterans where the government had failed to. (Exhibit C.2, p.1.) Furthermore, as Mr. Blanchard wrote, " We fulfilled every contract, and saved [the] government money." (ExhibitA, p. 4.) The Defendant respectfully suggests that the downwardly-varied sentences imposed on each co-defendant in this case reflect, at least in part, this Court's previous determination that the offense is of a lesser

seriousness than other such offenses. It is as true for Mr. Blanchard, who, though he may be considered the "mastermind" of the offense conduct, must likewise be considered the "mastermind" of the overarching efforts to assist homeless, disabled and unemployed veterans. If the seriousness of the offense is mitigated as to Mr. Blanchard's co-defendants, then, it must be mitigated as to him.

Finally, Your Honor will need to decide what sentence will reflect just punishment for the offense. Just punishment reflects a synthesis of the seriousness of the offense conduct and the nature and circumstances of the offender. Here, the offense conduct, taken in context with the whole picture, emerges as somewhat less aggravated then it might appear. Because the whole picture , reveals an offender who has the characteristics of a committed philanthropist, whose conduct was motivated by a sense of that philanthropy skewed by his own personal shortcomings, the defendant respectfully submits that a sentence of probation, like that given to several of his co-defendant's, reflects just punishment.

## C. 18 USC 3553(a)(2)(B): THE NEED FOR THE SENTENCE IMPOSED TO AFFORD ADEQUATE DETERRENCE TO CRIMINAL CONDUCT.

Mr. Blanchard respectfully submits that criminal conduct of the type engaged in by Mr. Blanchard will be deterred as well by a sentence of probation as by a prison term. If another person, struck by the temptation to commit a fraud offense, might be influenced whether to commit the offense by learning of Mr. Blanchard's sentence of probation, learning why he was given such a seemingly lenient sentence, because of his personal characteristics and the overall context in which the offense conduct was committed, is just as likely to dissuade criminal conduct. To learn that a person such as Mr. Blanchard, who spent so much of himself trying to benefit others, could nonetheless be burdened by a felony conviciton, along with all the opprobrium and loss accompanying it, will afford adequate deterrence.

## D. 18 USC §3553(a)(2)(C):THE NEED FOR THE SENTENCE IMPOSED TO PROTECT THE PUBLIC FROM FURTHER CRIMES OF THE DEFENDANT

Mr. Blanchard has an insubstantial prior record. As noted in the PSIR, §§32 through 35, he has four prior convictions spanning a period of more than twenty years. In addition, the facts related to the offenses make clear that each one was a direct result of Mr. Blanchard's alcohol dependency. Although he denied to the Probation Officer that he was an alcoholic at the time of his last conviction in 2005 for driving under the influence, he recognized after that conviction that he had a problem with alcohol and has since regained control over his alcohol intake, limiting himself to four or five drinks per week, (PSIR §62.) Other than his alcohol-related offenses, and the current offense, Mr. Blanchard has conformed his conduct to the dictates of the law.

Mr. Blanchard took control of his alcohol problem in 2005 and has not had any subsequent issues related to it or other substances. He became a businessman, but in so doing began to take some of the "shortcuts" which, though they may not be foreign to many of those who have engaged in the herculean task of trying to build businesses from the ground up, are nevertheless illegal. His last DUI was a wake-up call to clean up his life with regard to alcohol. In the same way, the pending current conviction has functioned as the wake-up call he needed to make sure that he spends the rest of his life hewing to the straight and narrow with respect to his business dealings, and focusing on his true passion, which is devoting his energies to helping others whose lives have not taken the turns they had hoped for. As he noted, he has been convinced to stay on as executive director of NASA Education, "as long as I may be of service." (Exhibit "A"p.8.) He wrote of the work that continues to be done: "There are still veterans and homeless in the program as well as the work being done at NASA Education's campground." (Exhibit "A"p.8.)

Mr. Blanchard will continue to work with the program, and to focus more of his attention on the aforementioned campground, the "Lured Inn Resort," which NASA Education purchased in 2014 to provide another place of respite for wounded warriors. Thomas and Renae Baxter are

permanent residents of the campground. They described Mr. Blanchard's efforts there during the pendency of his legal proceedings:

> Since John has arrived we have seen many times what a hard working, kind hearted person he is. Some examples of things he has done are: always greets everyone with a smile and handshake or hug, helped with the building of a deck for our neighbor, has had pancake fundraiser breakfasts for veterans donating to local organizations such as the Chetek and Weyerhauser VFW's. John placed a flag near the shoreline and will be creating a gathering place for all with bricks being placed with memorable writings. (Exhibit "G"p.1.)

Several other letters have been received from other families such as the Baxters.

Collectively Exhibit "G" is letters from The Larsons and the Andersens.

Just as Mr. Blanchard remains committed to helping veterans in need, he is committed to the principal of ensuring that his conduct going forward meets the highest standards of legality and his own morality. He is deeply sorry for having failed in this way. He will use his own personal sense of responsibility--the same sense that drove him to create a highly successful non-profit organization to benefit veterans out of whole cloth--to do so. Mr. Blanchard respectfully submits that this deterrence, along with that provided by supervision during a lengthy period of probation, will suffice to protect the public from further crimes.

## E.    18 U.S.C. § 3553(A)(2)(D): THE NEED FOR MEDICAL CARE AND CORRECTIONAL TREATMENT IN THE MOST EFFECTIVE MANNER

The PSIR noted, at §60 and §61, that Mr. Blanchard feels that he suffers from PTSD as a result of the events he witnessed during the rescue effort of the 1983 Beirut barracks bombing. He has such strong unresolved feelings about those events that Mr. Blanchard believes that his involvement in that event pulled him into the conduct representing the instant offense. He indicated to the Probation Officer that he wishes he had sought psychological counseling after the event. He understands that he is still suffering the psychological effects of that event, and will seek out any counseling services that are available during any period of incarceration.

With respect to correctional treatment, Mr. Blanchard does not need vocational training or educational services. As noted in §73 of the PSIR, Mr. Blanchard will be closing the two for-

profit businesses with which he is associated, NASA Corporation and NASA Inc. However, after he cdompletes any term of incarceration, he expects that former customers of those businesses will utilize his services as a telephonic systems administrator on a contract basis. He expects that he will be able to fully support himself and his son, John Jr., and maintain all of his other obligations, through income generated by those contracts.

### F. 18 USC 3553(a)(3) and (4): THE KINDS OF SENTENCE AVAILABLE, BOTH BY STATUTE AND AS CALCULATED IN THE SENTENCING GUIDELINES

The PSIR correctly notes at §§85 and 88 that the Defendant is subject by the statute of conviction to a sentence of up to 20 years in prison, and that he is subject to a term of supervised release of up to three years. However, as discussed in Part I, the PSIR includes an incorrect calculation of Mr. Blanchard's applicable sentencing range under the United States Sentencing Guidelines, in that it applies the "multiple victims" two-level upward adjustment included in U.S.S.G. 2B1.1(b)(2)(A). Without including that adjustment, the Guidelines calculation is as follows:

| | | | |
|---|---|---|---|
| Base Offense level | USSG 2B1.1 | 7 | |
| Loss between $1,000,000 and $2,500,000 | USSG 2B1.1(b)(1)(I) | +16 | |
| Leader/Organizer | USSG 3B1.1(a) | | +4 |
| Adjusted Offense Level | | | 27 |
| Acceptance of Responsibility | USSG 3E1.1(a) | | -2 |
| Acceptance of Responsibility/Aid to Government | USSGE 3E1.1(b) | -1 | |
| Total Offense Level | | | 24 |
| Criminal History Category | USSG 5A | I | |
| USSG Sentence Range | | | 51-63 |

months

In addition, the Probation Officer noted in the PSIR, at paragraphs 90 and 91 that Mr. Blanchard is statutorily eligible for probation, even though the Sentencing Guidelines suggest at USSG 5B1.1 n. 2 that Mr. Blanchard should not be given a probationary sentence because his

offense level places him within Zone D of the Sentencing Guidelines. The advisory nature of the Sentencing Guidelines is such that, should this Court decide that a non-Guidelines sentence is appropriate, it may impose a sentence of probation, without regard for the cotnrary provision in the GUidelines, because such a sentence is contemplated within the statute of conviction.

## G.     18 USC 3553(a)(6): THE NEED TO AVOID UNWARRANTED SENTENCE DISPARITIES AMONG DEFENDANTS WITH SIMILAR RECORDS WHO HAVE BEEN FOUND GUILTY OF SIMILAR CONDUCT.

This statutory provision makes explicit the notion that it is appropriate for this Court to compare the contemplated sentence of Mr. Blanchard with those imposed on other, similarly situated offenders. Mr. Blanchard submits that, regardless of his titular position within the organizations involved in the scheme to defraud, he is similarly situated to his co-defendants in this case, Joanne Blanchard and James Blanchard. Indeed, by virtue of his leading role in the NASA Education organization, and his tremendous efforts over the last decade to advance the goal of helping veterans who have fallen through the cracks, Mr. Blanchard respectfully submits that he is deserving of greater lenience than any of his co-defendants received. Thus, he submits that this Court is justified in departing downward from the 51-month sentence representing the low end of the Sentencing Guidelines, to a sentence of probation.

///

///

///

# V

## CONCLUSION

Defendant acknowledges that punishment for his crime is appropriate and his sentence must reflect the seriousness of his offense, promote respect for the law, and provide just punishment. 18 USC 3553(a)(5)(B). He respectfully asks the Court, in light of all the information before it, to impose a sentence of probation, as was imposed on co-defendants Joanne Blanchard, James Blanchard, and Amy Johnson, for a period of four (4) years. Such a sentence is sufficient, but not greater than necessary, to satisfy the objectives of 18 U.S.C. §3553(a).

/s/ Alan Baum
Alan R. Baum
California Bar Number 42160
Attorney for John Blanchard
4181 Sunswept Drive, Suite, 100
Studio City, CA 91604
Tel: 818-487-7400
Fax: 818-487-7414
abaum@criminaldefense.com

**CERTIFICATE**

I hereby certify that on the 16th day of September, 2014, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of

such filing (NEF) to the following:

    Joseph C. Pedersen
    Assistant U.S. Attorney
    327 South Church Street, Suite 3300
    Rockford, IL 61101
    joseph.pedersen@usdoj.gov

    Ms. Tori Powell
    United States Probation Office
    211 South Court Street- Room 114B
    Rockford, IL 61101

# Exhibit

# A

September 15, 2014


Frederick J. Kapala
United States District Judge
Northern District of Illinois
Western Division

Dear Judge Kapala,


I am writing today to give you a bit of background information about myself, to assist you with my impending sentencing on September 30, 2014 where I would plead for you to consider what you are about to read, along with the other letters you received. I take full responsibility for what I've done and am truly remorseful for any harm it may have caused to the government and some of the many veterans with whom I have interacted through the years.

I come from a modest family where I am the youngest of 4. Living in the family home during my childhood was our father, mother, grandmother, and my brother who is 4 years older than me. I also had 2 sisters who were 16 and 17 years older than me. They were out of the family house, on their own, for as long as I can remember and did not have a strong presence in my childhood. My grandmother retired from her housekeeping job at St Hilary's rectory and moved into our home to help my mother with me as a newborn. I had a great relationship with her until her death in 1973 when I was 12 years old. My father was a WWII US Navy veteran who was a patient, hardworking, dedicated man. He always had time for me and I considered him a great role model. Less than 10 months after losing my grandmother my father died. A few months later I watched my brother walking away from home with a backpack on his back. I did not see him again for years until he was released from prison for armed robbery. At 14 years old all I had left for close family was my 54 year old mother who just lost her mother, husband and son. My mother decided to move us to Wisconsin where we lived until I enlisted in the US Navy.

My first duty station was aboard the USS Lamoure County (LST-1194). I quickly acclimated myself and began to really enjoy life aboard the ship. I made friends easily found myself becoming more and more involved in activities of the ships crew. The primary mission of the ship was to transport US Marines to foreign lands for training exercises. While crossing the Atlantic Ocean which took several weeks, I became very good friends with dozens of the Marines. Not just friendships during a single deployment but friendships that lasted over several deployments. I acquired the rating of Operations Specialist which changed my job on the ship significantly. I was now on duty in a small office with a small handful of marines for 12 hours at a time. We all became very good friends to the point that we were like a very tight family. As I continued to advance in rank my time also advanced and I was reaching my EAOS (end active obligated service).

It was time to re-enlist and chose a duty station. I chose The PRECOM Stark, A pre-commissioning unit in Norfolk, VA.

After re-enlisting one of my jobs was to prepare training curriculum for various systems and equipment that were specific to this ship. I was overwhelmed. I needed to learn the systems and prepare detailed documentation quickly. I was somewhat successful but not until a supervisor gave me amphetamines. I didn't particularly like how it made me feel but I was able to get caught up with my assignments. I was also attending several training classes during this time. One of the classes during a mock up exercise required me to initiate the ships Phalanx CIWS (Close In Weapon Support). My amphetamine use caused me not to be able to react properly and almost cost our class a passing mark. We came back the following day to try the exercise again and I was clean and practiced and reacted flawlessly. I was not proud of passing but rather frightened by my lack of action the day earlier. I went to the acting Officer in Charge of our unit and asked for help with the drug usage and abuse. I was removed from the PRECOM Stark and sent to the Navy Drug and Rehabilitation Center (NDRC). The entire time I was at NDRC I could not get it out of my head that if it was a real life situation and I did not react quickly by initiating the Phalanx system, people would die.

I was returned to active duty after completing the NDRC program and was assigned to the USS Virginia. My responsibilities grew as did my opportunities to find enjoyment with my service. I was now a watch supervisor, helicopter (helo) transit controller, Intel photographer and a team manager. Things were going very well and I was looking forward to what could be my next assignment. I made several deployments with the USS Virginia and enjoyed the people as well as the duties. My last deployment, the summer of 1983, The USS Virginia was assigned to a battle group providing support to the forces involved in Lebanon. The USS Iwo Jima was also a support ship and asked the USS Virginia if 3 Operation Specialists could be spared for a few days. I volunteered along with 2 members of my team. While on the USS Iwo Jima I was given the opportunity to go into Beirut for the day. Since I knew that my Marine Corps buddies were there I jumped at the chance to spend time with them. I did go to Beirut and met up with several of my old friends. It was like a family reunion. When mortar fire started myself and 2 team members were whisked away, back to the USS Iwo Jima and then back to the USS Virginia. We were taken to safety and left everybody else behind.

About a week later when I was getting off a 12 hour watch, we received a message from the USS Iwo Jima stating that the marine barracks were bombed and all helo transit controllers are needed to direct medivac helicopters. I quickly took control of the controller console and began assuming control of several medical evacuation rescue helicopters. I could only assume that I was helping to save my buddies. I sat there and took control of every helicopter that was in the air. I sat there for 14 hours until the USS Iwo Jima declared the rescue completed and to stand down. I relinquished control of the few helicopters I still had in the air. For the next three weeks I tried desperately to learn the condition of my buddies. When the ship set sail to return to Norfolk, VA from Rota Spain, my division officer shared with me a list of KIA. It seemed like every name I was hoping not to find I found. I thanked my division officer and dismissed myself. My

division officer allowed me to take the next two weeks off the watch schedule as a reward for the effort with the medical evacuation. The next two weeks were miserable. I didn't eat, I didn't sleep, and I didn't interact with anybody. All I did was feel miserable about leaving my buddies behind. I couldn't stop thinking about how we were taken to safety and the marines were left there.

I spent the next 20 years regretting ever befriending that group of marines. Come to find out I was affected more than I knew. Things began changing for me. I started to get into trouble with supervisors. I started losing responsibilities. I started losing duties. I was in a downward spiral but was unaware at the time that I was trying to destroy what I once held so dear; my Navy career. During this time I had contact with home but on a superficial level. I left the fleet and went to shore duty in Oklahoma City, OK. I was the only active duty sailor in the reserve center. I was to work Thursday through Sunday, which gave me plenty of time to do whatever I wanted. Unknown to me at the time, the only thing I wanted to do was destroy myself. I continued my downward spiral getting in trouble with the Navy, law enforcement, and coworkers. I was administratively discharged with an honorable discharge under general conditions in December 1986. I stayed in Oklahoma City only to learn 5 months later that the USS Stark was hit by an Iraq air to surface missile. I saw the count of the deaths in the newspaper article of how it happened. I realized immediately that the ship was not protected. The phalanx CIWS was not initiated. My first thought was that if I had not used amphetamines while assigned to the PRECOM Stark I would have been there to do my job. I felt like it was my fault they died. I failed my shipmates. I left them behind.

I spent the next two years drinking and being pretty miserable. I contemplated suicide often but I think I lacked the courage to do something for myself. I ended up in a common-law marriage that was a disaster and more self destructive, her drugs and my drinking was a disaster waiting to happen. Late 1988 I received a letter from my mother asking me to please come home. I stopped on my way home to Wisconsin at my sister's house in Illinois. I stayed for a few months and started several part time jobs but things were not getting better for me. My nephew and I were out drinking and got ourselves in trouble. Fortunately the consequences were not too severe and allowed me to make my way all the way home to my mother's. Now the healing could begin. I got back to church, and really started dealing with the pain and fear and self-destruction. I saw things start to get better however I still had not sought any professional help, but seemed to be on my way to a productive recovery.

I returned to school for a semester at Western Wisconsin Technical College, and a semester at University of Wisconsin. I was offered a job that ultimately led me to IBM. I continued to work with the church and my recovery but found something missing. I gained skills at IBM and soon chiseled out a specific niche and for my now, newly formed company. The National Association of System Administrators provided a support structure for computer related system administration problems. This soon grew into total data center maintenance and significant monthly receivables. I soon started a second company for the purpose of software development. Business was good but something was still missing. I was still attending church and things were well. A friend

of mine introduced me to Joanne and the following year we were married. Things seemed to be going well but something was still missing. I founded the National Association of System Administrators Education Corporation. The purpose of this non-profit 501(c)(3) company was to provide small scholarships to persons getting in the Information Technology (I.T.) world. I was so pleased to be in a position to give back for my good fortune but something was still missing. I had successful businesses, a start of my own family, my philanthropy, and I was still involved with the church. The drinking was behind me and everything was going very well.

Late in 2004 I was on my way to Chicago for a meeting and while standing on the train platform I was approached by a man claiming to be a veteran and homeless and in need of help. I gave him the change in my pocket and thought nothing of it but by the end of the day he was all I could think about. I had to find him and offer more than spare change. I did find him and several other homeless veterans. I had a spare house so that I could house them and quickly began putting a plan together to help pull then out of homelessness. Surrounding myself with fellow veterans however, was a setback in my recovery. I was out celebrating our new program with some of my employees and had a few drinks. I was arrested later for DUI. I realized it was now time to get professional help. The church and I could not do it on our own. Soon after I did hire a counselor for the program and began confiding with her. The program for veterans was moving very rapidly. Housing became an issue so I sold property I owned, bought 2 apartment buildings and then donated them to NASA Education to house the veterans, of which were fully occupied by paying tenants at acquisition.

For the next 6-8 months I transitioned the apartment's tenants from those with leases and paying monthly rent to basically a shelter for homeless veterans. The first thing I wanted to do was to get them in a safe environment and off of the streets. I accomplished that by providing apartments with heat, air conditioning, cable, running hot and cold water and food until they could be connected with the local food pantry and food stamps. When the veteran left into their permanent housing they were able to take the apartment contents with them in order to start new with dishes, TV, furniture etc. The non-profit provided transportation when needed, it assisted in paying off fines, fees to get licenses back or to get vehicles plated and titled and through the car donation program, it even provided vehicles for some veterans, both in and out of the program.

You have been made aware of events called "Stand Downs". I would like to explain what they are. Per the National Coalition for Homeless Veterans (NCHV), "the original Stand Down for homeless veterans was modeled after the Stand Down concept used during the Vietnam War to provide a safe retreat for units returning from combat operations. At secure base camp areas, troops were able to take care of personal hygiene, get clean uniforms, enjoy warm meals, receive medical and dental care, mail and receive letters, and enjoy the camaraderie of friends in a safe environment. Stand Down afforded battle-weary soldiers the opportunity to renew their spirit, health and overall sense of well-being." In today's time the purpose of the Stand Down is for homeless veterans, and achieving those objectives requires a wide range of support services and time. The

program is successful because it brings these services to one location, making them more accessible to homeless veterans.

Since 2006 we've hosted fourteen (14), two day events and various small ½ day events. Attendance kept increasing, exceeding 350-400 individuals from a 7 county area, per event. At the two-day event, we provided transportation, warm meals and overnight shelter and shower in a local hotel during the event; services such as the VA Medical Center provided information and referrals for the domiciliary program and mental health services. Various other state and county agencies attend and provide information on food stamps, veteran benefits, claim issues, etc; legal counseling from a local attorney and referrals for dental appointments from local dentists; free haircuts provided by volunteer stylists; donated clothes, coats, underwear and shoes, hygiene kits, military gear and much much more. Even though we received funding for only 7 of the events in prior years, the average cost per event was $13,000-$14,000 and by far more than any funding received but I felt it necessary to continue doing the events far after funding stopped. Most other Stand Downs are held out in a big field or armory with tents. If overnight accommodations were offered it was usually on a cot or pad out in a big tent or on the armory floor. Meals consist of cereal, hot dogs and items that are easy to serve in bulk. Early on, NASA Education's Stand Downs were held at the YMCA Camp Algonquin, where attendees stayed in dorm style rooms with bunk beds, pillows and blankets; showers with hot and cold running waters and hot meals that exceeded anyone's expectations. After Camp Algonquin closed, we found a local hotel, Country Inn & Suites, that was willing to offer grossly reduced room rates for attendees, of which NASA Education paid for and Harvest Bible Chapel offered their whole facility to hold the actual event indoors. Again the meals were warm, nutritious and filling. We still offered the service providers from all areas and local, state and Federal agencies, transportation, free haircuts, clothing, gear and toiletries. However the most heartfelt and effective part of the events, once moved to Harvest Bible Chapel was the evening service and music program put together by the church and it's praise team. Helping them regain the faith and belief that they lost and watching them engage and take part in the service, going up to the altar, accepting the Lord, receiving bibles from the pastor and knowing that once again they could believe in something that may have been lost for years . I personally faced emotions beyond anything I had expected. We had small services at Camp Algonquin but the pastor, staff and parishioners at Harvest all embraced NASA Education and "our cause". We finally had the missing piece to our already successful event; it now was complete.

NASA Education opened its first thrift store in 2010 to serve as a funding source and a second was started in 2012. The stores also provided a training environment for some of the participants to learn skills that would assist them in obtaining "retail type" jobs out in the workforce. Through the assistance of the Secretary of State's office and the distribution of flyers, we were able to start a car donation program which also served as a funding source as well as allowed us to give qualified veterans both in and out of the program reliable vehicles as well as continued auto repairs and parts. I created a trucking company for the veterans by purchasing five 18 wheeler truck/trailers. I hired a manager to provide CDL training to veterans that could get a drivers license and wanted to drive

over the road. We trained several drivers that went from homeless to over 50K in less than a year. All of them got driving jobs with companies that put them in company trucks. Veterans who came through the program and actually participated were able to live in the apartments for free, receiving the housing, utilities, transportation and counseling, when needed, as well as getting them set up with services with the VA, HUD, DHS, etc when required.

Then there were those who didn't have the concept of what living expenses truly were, either because they have been going from shelter to shelter for years or due to dependencies where they would spend every available dollar on the drink or drug of choice, would have no way to put a value or dollar amount of what the cost was to live in a place such as the program apartments. This was absolutely a voluntary program and they were free to leave at any time; no one was sentenced to the NASA Education program. Most participants, during their intake, signed an acceptance form, where it stated it was voluntary, as well as the program rules. As long as participants followed the rules, they could stay as long as they needed. The only reason any participant was ever removed from the program would be for violating the rules by drinking or drugs. This program was 100% privately funded and not a single penny from government grants. I was proud of this because I was making this happen for the buddies that got left behind.

After completing several contracts with NASA Inc and NASA Corp, my two profit companies, I was given a suggestion to get contracts that could help fund the program. I investigated the possibilities and asked a couple of employees to put it together. The first few contracts were small and we lost money on them. I realized that we needed to set up a separate company to see that this mission could stand on its own. I created Liberating Solutions to do these contracts. I did not begin doing service disabled set aside contracts but just any contract. Upon completion of several contracts for various things we came across a service disabled set aside contract for landscaping at a VA hospital. I knew the requirements to meet to be qualified as service disabled so I put that in place and everything that was proper.

Amanda Schumacher was in our program. She was an Army veteran who served in Iraq and was wounded and certified as service disabled. I sat with her and explained all of the requirements and what she would need to do to be part of this company I was creating for her to have and build for her to have as her future. I explained in great detail that this was hers and I would help in any way to make it successful for her as long as she hire veterans from the program to do the work. I put a contracting officer in place for her to find and bid on the contracts. Everything seemed to be going well, I know we bid on contracts for several months with Amanda being very active along with the contracting officer but no success with any contract awards. My other businesses were still keeping me busy but I needed to get more involved with Amanda and the contracting officer to get this moving. I realized that we were not winning contracts due to pricing and showed the contracting officer and Amanda how we were over bidding our quotes. We found an opportunity to win a contract that was perfect I thought. I told Amanda about what we should do and she agreed. I showed her how we can do the contract and she agreed. I showed her how this contract could lead to more business and she agreed. We bid on the

contract and waited. Many more contracts started availing themselves and we bid on them.

The other companies were doing very well; the trucking company was hauling for JB Hunt, Werner, Knight, and Schneider. Our car shop was now open to the public as a funding source and was doing very well also. I started the PRISM center that was formed as a drug and alcohol counseling center which was also a funding source while providing the necessary counseling for our participants. I had a lot going on and was being pulled in every direction including my home life. My wife wanted more time, my employees wanted more time, my contracting officer wanted more time, Amanda wanted more time, and my kids wanted more time. Everything was happening so fast. We won our first federal contract. Everyone was excited that this would be the next great thing. As the contracting officer was putting everything in place to start the work Amanda resigned. Liberating was no longer a qualified service disabled company and I knew it. I thought I would be able to give her 51% of the company to another service disabled veteran who would like to have a company just given to them so we continued with the contract. Several other contracts that Liberating Solutions previously bid on were awarded to us. I never replaced Amanda and I knew it was wrong. I knew that we were no longer qualified as a service disabled company. I also knew we had several contracts that needed to be fulfilled and failing was not an option. I continued to work on locating a replacement for Amanda but also kept on fulfilling the existing contracts and keeping the NASA Education program moving forward. I never did find a candidate to replace Amanda. I never did cancel any contracts because we were not qualified. I never did remove us from a list of qualified bidders. I know what I did was a violation of law. I knew that accepting the service disabled set aside contracts was wrong. I did not do any of this for any personal gain. I continued the contracts in order to fund the homeless veteran program which was helping so many veterans. This was the only real substantial source of funding except from my pocket which was drying up quickly and nearing its end. We fulfilled every contract, and saved the government money. Serving the customer (the United States Government) was a very important priority at the time of these contracts, and being the lowest bidder had to be a cost savings to the government. We never failed on a contract.

During the time of these contracts, I spent a lot of time with our drug and alcohol counselor to find a way to divvy up my time better and to get over this overwhelming feeling of being pulled in all directions. Something much more important came out of our sessions and that gave me answers to what was plaguing me for so many years. I was able to bring closure to so many chapters in my life. I was finally making sense of who I was and now able to forgive myself for things I had no control over. I was now able to deal with the events in my life that had haunted me. More importantly, I was able to talk about my demons.

We finished up the last of the contracts and never bid again. It was too late, the criminal part was done and the few contracts we did begin and complete can not be undone. I am sure that there were other qualified service disables veteran owned businesses that would have profited from these contracts, I am truly saddened. I know

from my for profit companies, how financially difficult it can be when contracts are expected but lost to lower bidders. I know we saved the government a lot of money on these contracts but it was still wrong. I know the end cannot justify the means and for that I am incredibly sorry and very embarrassed for how I made this all come about. I thought I had a perfectly aligned moral compass and was proud of always doing the right thing. I learned that there can be too much of the right thing. I was trying to over compensate for what I thought was failing my buddies, my marines, my shipmates. I gave up so much to help my veterans that I lost my wife, businesses, friends, and pride.

The 2 profit companies have dwindled significantly since the press release of my indictment. Many of our customer said they were contacted directly by US DOL investigators, others saw it in the paper or the news. I now have no employees left, just a few contractors to assist with the last few contracts that most likely will not renew. The profit companies will most likely need to be dissolved in November. I thought of stepping down from NASA Education last February but have been convinced to stay on as executive director for as long as I may be of service. This decision was a result of several conversations with volunteers and NASA ED benefactors.

The time from NASA Education's inception to current, over 1200 homeless and disadvantaged veterans received some benefit from our efforts through the program and its 14 Stand Downs. We had a huge impact on a very large demographic and many successes. There are still veterans and homeless in the program as well as the work being done at NASA Education's campground. NASA Education acquired the Lured In Resort. It is not a resort by what a resort would be defined as but merely a campground and grill. Two campers and 1 cabin are reserved for recovering veterans. Not just recovery from drugs or alcohol but also recovery from homelessness, injury or bad choices. Since May 2014, all but one weekend were the units occupied by a recovering veteran or veterans care giver. We consider this to be a respite with no worries. The camper or cabin is free to stay in, the food is free and the transportation is taken care of if needed. All they need to do is relax. As annual rental agreements with other camping units expire, there will be several not renewed which will allow us to expand and more units placed into the respite program in order to accommodate more veterans. NASA Education has taken on a different role with veterans where we reward them for their efforts in their recovery rather than duplicating the efforts of the veteran service providers.

The one thing that I do still have is my son, John Jr. He is now 15 years old and resides with me. He has been a handful for Joanne and me but when I left the residence in December 2012, Joanne could not handle him. She placed him in 2 mental health hospitals. He was diagnosed with several mental health issues and prescribed multiple psychotropic medications. His mother granted me permission to remove him from the hospital and take residential custody. Shortly after I brought him home I took him to a private doctor and worked out a plan to get him off all of his medications, this was accomplished very quickly and I began home schooling him. This was and still is working very well. I have not had any issues with John Jr. He does his assignments on time and is moving through school curriculum quickly. He has acquired many new friends outside of the virtual X-Box and Playstation world. He has spent time this

summer cutting grass and weed trimming for people where he has been saving the money in a bank account. He has been exposed to several new social environments and situations where he acted very appropriately. One of the problems he had before was social anxiety, now he is like a social butterfly. He hopes to get back into public school this fall and continue residing with his greatest supporter and mentor.

Your Honor, I do realize what I have done and the severity of it. I absolutely recognize the impact my actions have had on the Service Disabled Veteran Owed Companies, the procurement process of the various Federal branches of government, the courts time and my family. I cannot make excuses for this action but offer an explanation as to who I am and perhaps what led up to the fraud I committed. I didn't wake up one morning and decide to commit this fraud or any fraud but rather became so wrapped up into trying to do good for my fellow veterans and do the right thing that I lost track of the rules. I except full responsibility for my actions and ask and plead, Your Honor, to find it within your authority to allow me to continue raising my son while working on my own recovery. Thank you for your time and consideration.

Sincerely,

John Blanchard
CASE# 12-CR-50051-1

# Exhibit

# B

\

September 12, 2014

Frederick J. Kapala
United States District Judge
Northern District of Illinois
Western Division

Dear Honorable Kapala,

My name is Amy Johnson from Elkhart, Indiana and I am writing on behalf of John Blanchard and his pending sentence. My career as a computer software technician is what led to the meeting of John back in 1993. I worked with a company by the name of Manatron out of Kalamazoo, Michigan where we developed and sold judicial case management systems (Gavel) to the county courts throughout the United States.

I met John back in 1993 in Steuben County, Indiana; we met at a client's site where we were installing the Gavel system. John installed and assisted with the main server and hardware portion and I installed and trained the software. Between 1993 and 1997 we would join together for various other installations and began what would be a 20 plus year friendship. Whenever I had a question or a problem with our servers, I could phone John and ask him for help. He always made time to talk to me about the problems. I was a bit shocked that he would not pass me off to one of his technicians but would assist me personally and in some cases travel to the site if it was something that couldn't be resolved over the phone. It impressed me that a CEO of a company would take time away from his busy schedule of running the businesses to assist me. Over the years and many encounters with him made me realize that this was just the way he was. He was never "too busy" to help.

Through the years, we developed not only a great working relationship but also a forever lasting friendship. In 2004, after Manatron sold off the judicial division to a company out of Ohio by the name of Maximus did I begin to not enjoy my work any longer. Not because I didn't like what I was doing but I wasn't happy with a bigger company's mentality. Manatron was more of a family oriented business, where our customers were our friends and we built relationships. Maximus was of the mentality, get in, do the work and get out. So through various conversations with John, he made the suggestion for me to come work for him. Being single and self-supportive, I was very hesitant. Even though I didn't care for Maximus, I knew I had a very secure job and to leave that after 11 years and go to NASA was a bit scary to me. John wasn't doing any software development at the time and really didn't have an actual job for me. He offered me a sales position to reach out to the counties to try to sell maintenance contracts for the servers within the courts throughout Indiana and Illinois. He created a position for me, where I could work from my house and cover the local territory. After serious consideration, I left Maximus and went to work for John is 2005.

While being employed through the past 9 years, I've seen a man who has always put others ahead of himself both personally and professionally. He's created numerous positions for individuals within his companies because they couldn't find work and his compassion of wanted to help, even when it put his company in financial jeopardy, and personal jeopardy, where he would have to take a pay cut in order for someone else to get paid. NASA Education, his non-profit company, became his primary focus shortly after I began working for him. I began working less and less in Indiana and more in Illinois helping him build up the veteran program, all while developing a new judicial case management system for NASA Corporation. He wanted NASA Ed to help the veterans reintegrate back into society and the workforce but realized that most of the veterans who crossed our path weren't computer savvy, which was his profit company's primary focus. They were way beyond the age of going to college or a technical school to gain an education in computers. He needed other areas of concentration for the participants. Therefore he began branching out and researched other areas of focus. For instance, the DVOP (Disabled Veteran Outreach Program Specialist) from IDES called us in mid November and said that he had a veteran in his office who was a single dad who had his CDL but due to the fact that his daughter was a teenager he could no longer go over the road for extended periods of time, was out of work and about to loose his apartment – was there anything we could do for him? We had him come in and after speaking to him about what we could do to help, brought him into the program – gave him enough money to catch up his back rent and with John's help, developed what would be Vet-Tek's Trucking. Since the veteran couldn't travel he became an employee and helped manage and build the newly formed company and was able to be home every night with his daughter. The ironic part of this story is that prior to the call from the DVOP, months before actually, John had mentioned he had wanted to research the trucking industry and what it would take to become a carrier, then bammmm, we get a call about a veteran in need who has 20+ years of trucking experience. We felt that this just wasn't by coincidence... NASA Education partnered with a company by the name of Olsun Electric and as long as we could teach basically 4 core things to a group of veterans, they would be willing to hire them at approx $16 an hour – that was a very successful venture and Olsun was very pleased with the outcome. Then we opened a thrift store, truck and car repair garage and a dui school and counseling center – as that would serve as places to gain work experience and also to become funding sources for NASA Education. The organization and program was becoming very well known and promoted by individuals throughout the State and Federal government. Promoters like Tammy Duckworth, then the Director of Illinois Department of Veterans Affairs; Senator Dick Durbin, Congresswoman Melissa Bean, Pat Quinn, then Lt Governor, State Reps like Jack Franks, Mike Tryon, Pam Althoff, and Linda Chapa-Lavia, all recognized and praise John and NASA Education for its help for veterans. John was named veteran of the month back in November 2008 by Tammy Duckworth and acknowledged by then Governor Rod Blagojevich. He received many national, state and local awards for his work with veterans – the 2008 Economic Commission of the American Legion, Department of Illinois, Employer of the Year and National Economic Commission of the American Legion National Outstanding Achievement Award for the employment of veterans, as well as receiving the award of Business Champion and was specially recognized by the McHenry County Economic Development Corporation. Even through all of this recognition, John still felt he was only doing what he was suppose to do and that was help out his "less fortunate"

buddies. He offered hands up, not hand outs. He didn't do this for the recognition and hated being in the spotlight. He was always so proud that he could do this without any federal or state assistance -- self funded was his mentality. Any financial support or grants received would be used strictly as seed money to get programs started. NASA Education has always prided itself in being self-sustained, as oppose to being government-sustained. John has proven successfully that a non-profit organization can become sufficiently self-funded using the right seed money to help start an initiative. He never wanted to stop doing what he was doing because funding was being cut, as experienced by so many other non-profit organizations who were forced to close down.

Companies like Liberating Solutions were created as stepping stones for a disabled veteran to own a company that would ultimately employ those veterans who would otherwise be unemployable, due to lack of experience or past daemons (life events) that would keep them from obtaining gainful employment. The contracts would provide a large array of experiences that would give a veteran "hands on" training, much like the CWT (Compensated Work Therapy) program through the VA. A veteran receives a small amount of pay or stipend, in addition to the services provided through the program. Some of the programs offer housing and transportation but not all do.

Your honor, I hope I was able to give you some insight on the John Blanchard I have known for most of my adult life and beg for leniency in his sentencing. He continues to help veterans to this day, even after the indictment. He realizes and acknowledges his mistakes and accepts responsibility for the mistakes he made through the set aside contracts years ago and knows they should not have continued. Even though it was wrong and he was breaking the law, he fulfilled each and every contract with the hopes he could fill the vacant position of a disable veteran, especially as the company became more successful. Not completing the contracts was never an option for him as he felt he had a responsibility to the government to complete what he stared. He's been a successful business owner since the early 1990's and has proven you can take something small and build it to greatness. He can do so much more good out of prison than in and he truly is a benefit to society and his fellow veterans. His selflessness has driven him to lose so much but his inner peace is that he may be able to help just one more buddy. His eldest son, John, respects and admires him and will be lost without him. Currently John has parental custody of John, who is a child that requires constant attention and hands on rearing. John takes the time to work with him and spends countless hours with him. If he is taken out of John, Jr's life, it will be devastating for John, Jr. So I beg your honor to please grant John leniency with his sentence and allow him to remain out where he can be of benefit to both the veterans and a mentor to his son.

Thank you for your time and consideration.

Amy Johnson
51690 Winding Waters Lane N
Elkart, IN 46514

# Exhibit
# C1

April 11, 2014

My name is Gwenn Lacy-Lowe. I'm 54 years old. I grew up in Rockwell Gordens Projects on west side of Chicago; raised by my mom, a single parent of 4 boys, 1girl. I'm the youngest. I graduated high school, joined the U.S. Air Force while a senior on the delayed enlistment program. I did 10 months active, 6 years in Air Force Reserve, 2 years in Army due to unplanned pregnancy (Honorable Discharge).

I was naïve, manipulated and overcome by a fellow airman in my co-ed dorm at my permanent duty station in Spokane, WA (Fairchild AFB). I was disappointed at not completing 4 yr active enlistment. I gave birth to a son, attempting to pull myself from a depressed rut I kept my 6 yr obligation with Air Force Reserve – spiraling deeper due to MST (Military Sexual Trauma). I gravitated to wrong , negative crowd and peers that indulged in drinking alcohol/illicit drugs use of marijuana/cocaine, by which I too, became prisoner of drug addiction – seemingly using relieved me of my failures or dilemmas of my life's abuse. Eventually, self medicating with cocaine by free basing lasted over 30 yrs – list in whirlwind maze of addiction. I lost custody of my 5 yr old son; my family despised my wayward existence. Never get'n help for M.S.T. while in the Air Force. I looked for love & companionship in arms of another woman – I chose to openly live an alternate lifestyle as a lesbian. I attempted suicide, prostituted for drugs on daily basis over 20 yrs. I was "LIVING DEAD", having no self worth, full pledged at living lasciviously. In & out of jail… I found myself homeless, eating off shelves in grocery stores, squatting in abandon building & abandon vans. In & out of hospitals for depression, PTSD, Bipolar. Been in many drug treatments, in patient and out patient. I even tried Christina Homes 5 times; many a friends died drug related death around me. I was almost at the point of no return of addiction.

One day I heard of a Stand Down (Event for Homeless Vets) that offered all sorts of help held by John Blanchard in Crystal Lake; desperate for help, tired of prostituting, date rapes & STD's, I made it to that Stand Down. There was a pamphlet of a program called NASA founded by John Blanchard for free located in Crystal Lake. I applied an application and called several times inquiring a bed; Amy Johnson was director of the Program. I stressed to her I was desperate for help although they housed mostly men vets, she gave her word to make arrangement for me to come. Welcomed in the NASA Education Program for Vets resuscitated my will to live, giving me hope & optimistic outlook. It wasn't easy to be the only female vet there, having to function around 9-15 other male vets from various walks of life, alcohol/drug addictions – all of us battling physical/mental issues. John Blanchard went over & above any Program Founder I'd ever met. He provided a safe neighborhood, immaculate living space, lights, gas fully furnished apt & even cable T.V…… The only requirement was to wana live without use of alcohol & drugs, get medical & psychological help while residing in the program. Follow basic rules & Program Structure; assist with any work availabilities that taught us hands on experience/varieties of jobs weaning us back to the workforce; landscaping, painting, janitorial, etc. Which benefit us individually, helping us transform from the barbarian addiction infested life we succumbed to live day after day for so long. Everything we done was explained to us specifically in an agreement contract we signed prior to admission in the program. To me was worth it. I'd done worser things hustling for my next crack rock – my pay was detrimental. It was an honor & priveledge to do things that built character, resurrected self worth – giving my life purpose again. John Blanchard deserves a standing ovation, honorable mention, trophies, world's best founder, Man of the Century awards. He's as humble as Moses of the Bible, as compassionate as Jesus Christ for the well being of his fellow man (VETS)… Mr. John Blanchard not only sponsored the work we got but went with us – as a role model, side by side did the work himself no matter how dirty or hard, or how long it took to get a job done, he set the pace. John Blanchard didn't see us as alcoholics/addicts, black, white, hispanic, male, female, gay straight, religious, atheists or branch of service, he saw our inner man, in need of a hand up, dusting us off; motivating us, encouraging us by example of his actions & aspirations of the accomplishments that no matter what ups, downs, failures or disappointments – we didn't/don't have to drink & drug which don't help the situation/circumstances but strive & strive positive &

optimistic aspects never give up – Believe it! Achieve it! Forgive ourselves, forgive others amend if we can – begin doing better if we can't surely, "TO ERR IS HUMAN", to correct on ERR takes guts. Just like the woman caught in adultery in the Bible, those that took her to Jesus weren't squeaky clean – this, she wasn't stoned to death. All walked away forgiven. Mr. John Blanchard, now aware of his mistakes, surely will use them as stepping stones toward positive objectives to better his business & further his life optimistic perspectives and because I got the opportunity to cross paths in life with him, so will I.

I have almost 7 yrs clean; I had my own place in Waukegan, IL 5 years. I'm back in Chicago – in my own place, graduating NASA Education Program "Fresh Start" they gave me a car, a year later after I got my driver's license straight, I bought a truck from them, which was hit & totaled… I got another truck. I've had ups, downs, disappointments – weathered through without druging/drinking. Amy Johnson, James Blanchard, mostly John Blanchard is my hero, he helped reconstruct my life by the endeavors the program stood for… If anyone has negative or derogatory opinions to say – it's because they chose to keep drinking & druging, preferred to live an uncoothed lifestyle – needing someone else to blame, so point fingers & blame John Blanchard & others for their lack of focus to bettering their self….

Please, Please forgive, pardon – show mercy of the court to Mr. John Blanchard, he's shown forgiveness, leniency, mercy, unconditional love toward a many residents that resided in the NASA Education Fresh Start Program and disregarded rules, regulation then left bitter & discontent with themselves & others…. It's John Blanchard time to reap the recognition for relieving the long suffering he's bestowed on so many – Thank You… Today I'm celebate, I don't need a relationship to validate my existence. IN 2014 God is my everything, like John Blanchard, He has my best interest in heart. I can still call Amy, vent or cry on their shoulder; they listen & give me suggestions. Whenever I talk about NASA to people I tell them NASA helped save my life. I appreciate everything presented to me – it grew me to a better person, bringing the real me outa me.

Sincerely,

Gwen Lacy-Lowe

*Gwen Lacy-Lowe*

# Exhibit

# C2

My name is Donald W.H. Andrews, and I am not a disgruntled former employee or a disgraced former participant.

I have been with NASA Education since May of 2008. My time with NASA Education has been an enriching experience. Before my first week at NASA Education had elapsed, I got my license back. I didn't lose it for DUI or an accident; I lost my nerve to drive, so I let it expire. If it hadn't been for John Blanchard's generosity, I would probably be in a jail or a morgue, neither of which are preferable to where I'm at now.

In the time I've been with NASA Education, I've learned, among other skills, how to use a chainsaw, how to drive a forklift, and how to drive a van with a trailer attached (and how to back up with said trailer, which I now consider myself a pro at). I was given an opportunity (out of necessity) to conquer my fear of heights, I got upper and lower dental plates that actually fit (which the VA wasn't able to do for some reason), I was even given the paid opportunity to certify for medical coding and billing. Unfortunately, I missed passing the certification test by one question, but since I have a sense of loyalty to John Blanchard, I didn't feel it was right to have him shell out more money for me to do it again.

When the time came for the questions from the federal agents, I was the ONLY participant who wasn't asked a single question. It appears to me that the only people that were pursued were people who were fired (for due cause) or former participants that were sent away (for due cause).

What I've learned as a result of my being a part of John Blanchard's efforts and generosity has done more for my self-confidence and employability than anything that anybody else has done for me. I was hired for a factory position that I wouldn't have been able to get without the experience afforded to me by NASA Education. And to top it off, they were happy with my performance because of skills and a work ethic that was instilled in me through the efforts of John Blanchard and NASA Education. Sadly, I had to leave that job due to injury. Currently I'm involved in online sales, and learning more about computers (through NASA Education) than I thought I'd ever want to learn.

I graduated from the program in May of 2012 and moved to Elgin. I rented a room from a paranoid schizophrenic, and after she set my room on fire, I was allowed to return to NASA because I understood what my compensation for being a part of Project Fresh Start really was: work skills, a roof over my head, and the chance to be around what were supposed to have been fellow like-minded veterans.

I know John pled guilty, but that hasn't diminished his wanting to help veterans (or anybody in general). The thrift stores and stand downs attest to that. He is currently divorcing the world's worst accountant, and he still has the drive to help other people.

I sure wouldn't.

4-30-14

# Exhibit

# C3

Frederick J. Kapala
United States District Judge
Northern District of Illinois
Western Division

April 30, 2014

Dear Judge Kapala:

My name is Stephen Michaelson, and I am a 54-year-old Navy veteran with a wife and 4 young kids, including triplets who are not quite 8 years old.

I served in the Navy for 6 years, including 5 years on a surface ship (USS E. Montgomery, FF-1082) out of Mayport, Florida. I was a shipboard engineer, and made 3 major and many smaller deployments on the Montgomery. I earned a Combat Action Ribbon and other awards during deployment to the Arabian Gulf in 1987-1988.

I left the Navy in 1990 and started building a civilian IT career which I was very proud of, one which culminated in me being hired by United Airlines in 2000. The terror attacks of 9/11 happened 10 months after I was hired by United, and massive layoffs across the airline industry began almost immediately. I dodged the layoff bullet until 2008, as the economy went into its tail-spin, but then I was laid off too and my world (and my family's world) was changed forever.

I was unemployed or under-employed for the first two years, then could only find part-time, low-wage work for three years after that. My wife and I went through foreclosure of our home, then bankruptcy, then eviction from a 3-bedroom apartment that we desperately tried to hang on to while I continued to look for work. After the eviction, I sent my wife and kids back to her native Ghana, so they could at least be supported by her family.

I was now alone, homeless, and living in my car, because the PADS shelter in Elgin wouldn't take me. I finally got a full-time job with decent benefits, but at a wage that was 35% of my best wage at United Airlines. After I got the job, I continued living in my car, even into the cold weather months, so I could maximize the amount of money I would send to my wife and kids in Ghana. Also at this time, my physical and mental health began to decline quickly, and I began to search out other shelters that might take me, as we were now into late November/ early December of 2012, and the temperatures were pushing down to 20 degrees.

When I heard about John Blanchard and his NASA Education program, I applied and explained my circumstances in great detail. John and Amy Johnson did not hesitate to take me in to one of their apartments. Even though they were already well into their own legal troubles, as I found out later, they did not hesitate to take me in.

The safe haven they provided to me, I now know, probably saved my life. Now that I had a place to stay, it became easier for me to pursue medical care through the VA. I was ultimately diagnosed with psoriasis over 25% of my body, psoriatic arthritis, major depressive disorder, and a case of sleep apnea that one VA nurse said was the worst he had ever seen. All of these various conditions were made much worse by the stress of being a homeless combat vet who now had to endure years of separation from my wife and kids. But at least I now had a roof over my head, a bed, and a safe haven with which to pursue treatment.

When my triplet son needed to come back, for medical care of his own that he couldn't get in Ghana, John and Amy moved me into an apartment of my own, that we wouldn't have to share with anyone else. My son has been back with me for a year now, and his medical needs are being taken care of also. He goes to school in Crystal Lake, and loves his school and our neighborhood. Having him with me has helped me enormously. My wife also returned for 5 months, and stayed with us in the NASA apartment while undergoing surgery for a large uterine cyst. The fact that I had a job, insurance, and a place for her meant that she could be successfully treated here in the U.S.

My wife returned to Ghana, but we are now talking about reconciliation, and reuniting all of us together again. It has been a long three years for me and my family, but we wouldn't be near this point if not for the help, assistance, and shelter provided by John Blanchard and Amy Johnson, and the others working at NASA. I honestly believe that, if not for John Blanchard, my marriage would have permanently failed, my son's and wife's health would have suffered, and I might have died prematurely.

I hope that you will take my story into account during John's sentencing -- I know that I'm only one of many that he has helped over the years. Thank you.

Respectfully submitted,

Stephen Michaelson
372 Pierson St. Apt E
Crystal Lake, IL  60014
847-312-2836

# Exhibit

# C4

United States Distric Judge
Northern District of Illinois
Western Division

Dear Sir

I am Sessie Taylor from chicago
a disabeld and homless veteran that
is atteampting to get his life in oder,

I came to know and befriend John Blanchard
and his family through the stand down
that he and others put together for homless
veterans and the Job fair they gave to
us some of the veterans I know are and
still very glad to have help from Johon
through our struggle to become better in
life!

Johon and his family and other voulinteers
gave the veterans and myself food and clothing
and one point over night sleeping in a hotel
which brought up many spirit

Sir Ive have attended four years of
Johson Johors standown and it has
been an event that some of us veterans look
forwards too for fellowship and to get
away from the city and for awhile one
year we had the help of a chunch through
Johon help many of us veterans had tears
in our eyes of the generousity and
carring that Johon and his staff shows
ever year,
I am aware of Johon court cituation
and that Johon has pled guilty and

Sir I write to you ask for leniency on Johon behalf I pray that you will Concider this in your rulings or

God bless you and Johon and Johons family

Jessie Taylor
Disabeld veteran
U S. ARMY

P.S. I am in a wheelchair and Johon and his staff went out of there way to help me atteend the function they presented, by getting a truck when the bus broke down helpirs me on the train checking on me while I was the at teanding the function god bless Johon and staff again Sir please ask for Mercy for Johon he is, a person with a heart to help US veteran!

thank you for your TiMe, SiR
Jessie Taylor
Disabeld ARMJ VeteraN

# Exhibit

# C5

Frederick J. Kapala
United States District Judge
Northern District of Illinois
Western Division

RE: John Blanchard

Dear Judge Kapala,

Hello, my name is Debbie Wilkinson. I am a USN Veteran, a wife and mother of four wonderful children. At this time I work as a HESS Coordinator (Health, Environmental, Safety, and Security) with a company in Elkhart Indiana. I have been with this company for 10 years and back in the state of Indiana for 14.

I am writing on behalf of John Blanchard. I met John through my closest friend Amy Johnson and in the 5 years since, we have become close friends. John, myself and my husband have a lot in common. We are all former sailors, and we have all worked on diesel engines. John and my husband still work together on engines when needed. I have volunteered for NASA in many capacities. I have worked side by side with John at the Bears stadium, during Stand Downs, and festivals. While working with him I have seen him demonstrate kindness, patience, and love for the veterans he serves. He goes above and beyond to make sure the veterans receive all the benefits that they deserve. I have observed him take on many tasks during the functions he supports. He would never ask someone to do a job he was not willing to do himself.
I guess he has made mistakes, as we all have, but what I know to be true is that John is a man that will put others before himself.
I would ask that you be lenient with John, not just because he is a friend, but because he really does help a lot of people in need.


Sincerely,

Debbie Wilkinson

Debbie Wilkinson

# Exhibit
# C6

My name is Lois Neveitt, I have been homeless for several years. I have several issues that prevent me from working, and I have just received my disability benefits after waiting several years. My husband is Rodney Neveitt, he also has issues that prevent him from working and he has also just receive his disability benefits. The fact that both of us cannot work and were not receiving any benefits is what lead to us being homeless .we were unable to find anyone to help us because we had the service dogs. The two service dogs helped my husband when he would have seizures. The reason we had two service dogs was one was older dog and training the younger dog on what to do during my husband's seizures. The older dog past away in August, now our younger dog has the job of helping my husband when he has a seizure. Our service dog also helps me with my emotional disorders. I was emotionally unstable and ready to give up when we first entered NASA.ED.

We came into John Blanchard NASA.ED program over a year ago. He accept us into his program when other programs turn us away. The program provides secure housing, which is an apartment that is shared by other participates in the program. Participates are required to volunteer in exchange for housing. John usually helps homeless veteran but he made an exception in our case because no one else would help us. The volunteering gave me a sense of purpose as well as something to focus on outside of my own hardships. Participates were also required to attend a group therapy once a week. This provide my with a support system outside of my family. Through the group I learned how to deal with people in a professional matter and how to deal with my own emotions.

During the year I learned that he is a very kind individual that would do anything to help people in need. His program provided secure housing for homeless veterans and others in need. The volunteer program provide individuals with training in a variety different areas of business from answering phones to working in the warehouse. I have learned a variety of different skills volunteering in John's program like answering phones, pricing, merchandizing and accounting procedures. He going above and beyond the program for example when I could not afford my medication he paid for them. He also would make sure me and Rodney could get to any appointment we needed as well as could get home from hospital when either of us need. John never gives up on people or pushes them out if they are not ready regardless how long it takes as long the individual follow the rules. I admire John and am very thankful for what he has done for my husband and myself. I don't know where I would be without John or his program.

1

I wish that were more programs and individuals like John that are willing to help veterans and other individuals that are in need. Since being in John's programs I am more emotionally stable and willing to seek professional help. He has made me aware of programs that can help me emotionally, which means I can remain emotionally stable beyond John's program. I often felt like suicide would be a way to end my emotional pain John's compassion and his program provided me with other options. The programs and individuals in the program have help me discover that people care about me. I wear a wrist band from the program every day to remind me that I am safe and individuals care about me. I believe that without John's programs that I would have given up and possibly committed suicide. I truly believe that John has saved my life. I am not sure what the future holds but because of John, I am able to face future events better than I have in the past. John has truly given me a chance to improve my life and work at being stable by being respectful and providing me with programs that prepare me for the future. I still have a emotional disorder but feel better knowing that I can improve in time.

I understand that John Blanchard and others are charged with defrauding the U S Military veterans and United States government. I don't understand the circumstances that lead to the defrauding charges. I do know that John Blanchard is upset by the mistakes he made in regards to the defrauding acts, and is making changes in policy to prevent this from happening again. John Blanchard is a very kind hearted person that is willing to help veterans and others in need. I truly believe that John Blanchard is a helpful and kind individual that follows the law. I understand that he has made mistakes in the past but he done what he can to prevent them from happing again. John Blanchard is a positive role model in my eyes.

Thank you for your time,

Lois and Rodney Neveitt

4/25/14

# Exhibit

# C7

My name is Christina, I am now 28 years old and I have been a participant in NASA Education Corporations' program "Project Fresh Start" since June of 2012. Prior to being accepted into this program, I had been homeless for over five years and at the time I was going to school full time for massage therapy. I tried so hard to find my way out of my homeless situation and failed in most attempts. When I met John, I didn't know his name and I thought that he was just another participant like I was, because he had just come from a donation pickup and was talking and joking around with us like we were no different from him. When I finally found out that John was the man who had founded this program, I was even more thankful toward him because he was very humble and never expected more than I could offer my help to do. He gave me a chance, an opportunity that I had been praying for, for years. I just needed a second chance and NASA gave it to me. I have learned so much in the time that I have been a participant here at NASA Education Corporation that I no longer feel like a lost cause.

I never thought that I would be accepted into the program as a participant due to the fact that I was not a veteran, but through the program coordinator, John gave me my second chance at a large number of things that I never thought that I would be able to do again. I was homeless as long as I was, because I made poor decisions in the friends that I had in my company that brought me many problems. Because of the company I had kept, I was going through a court case from January of 2010 that had left a misdemeanor on my background that has a felony case number attached to it. Here at NASA, my background does not define my character when volunteering and interacting with other people outside of this organization. As a program participant through our hands on training, I gained skills in recording inventory and donation receipts on the computer, also volunteering in the warehouse and getting to go on donation pick ups. I enjoyed these activities and I have been learning what they have been patiently teaching me with new ways to do different things and add knowledge, understanding & experiences for when I am looking for gainful employment. I have been doing everything I can to find work and self-worth. I would find a job and shortly be released because of my background check not clearing. John was supportive toward me no matter the outcome. He and the program coordinator always had something to say that would motivate me to do what I didn't think was possible again when I was not feeling my usual happy-go-lucky self.

Because of John, NASA, and everyone involved here, I was able to continue my education at Cortiva Institute Chicago School of Massage Therapy, instead of dropping out of the massage program like I had considered and planned to do so many times in the year and three months that the program lasted until I graduated. I passed all of my classes and got the practice that I needed in, and graduated. If I hadn't been in John's program, I wouldn't have graduated. He instilled in me the mindset that I needed to go and take the state licensing exam and I passed it with a high percentage. Graduating and passing the state licensing exam were probably the biggest accomplishments that I have gained in my homelessness and it happened because I was here at NASA. He showed me that he actually cared about my well-being and encouraged me to expand my thinking and knowledge.

The experiences that I have gained while being a part of NASA, I've found have given me the skills that I didn't know I had it in me to retain. John came to me while I was sitting in his program counselors' office when I had hurt my foot and for the most part, He was happy that he could have me volunteering my time in the office at the car shop to answer the phones and allow the technicians less distractions at the time, on top of continuing to do inventory and receipts for donations that continued to come. I was afraid of interacting with other people and talking to individuals over the phone. I soon began doing something that I used to be afraid of doing in the past and it actually has made me a stronger person with more experiences. I am very glad the opportunity came up to me because they worked with me hands on to build my confidence in talking to customers in person and over the phone. I did not have very good experiences with people while I was homeless, but I soon gained the confidence that John helped me develop while in the office and soon added another skill while in the call center and assisting customers that had IT issues and taking messages and transferring phone calls. My education here has been very hands on and no matter what someone was always available if I had questions or needed help.

I also have gained skills for working in retail stores through my time volunteering at our thrift stores in Carpentersville and McHenry a couple of days every week and in doing all activities that were involved in opening and closing the store, helping the customers and cleaning & replacing items that are out of place, I feel like I have learned a great deal about responsibility and trust. John and everyone here trust me enough to handle important

things like closing deposits and relaying messages, as well as holding onto one of the keys for the store in Carpentersville. It is not necessary for me to volunteer five days a week, but it is something that I want to do. Volunteering here gives me something to do daily and makes me feel like I am productive.

Sometimes while John is in the shop working on cars or even just looking at them, he has allowed me to be there with him even though I don't know anything about cars mechanically. That is something that has always interested me and I like to think that I can be helpful when he or the other technicians needed something but weren't able to go and get it. I enjoy being around the atmosphere and I have always asked if there was anything that I could possibly help out with. They have never told me what to do or that I had to do something in any of my time here.

One day in August of 2012, John approached me and asked me what I needed to get my license back. I told him what the secretary of state had told me and he then took me to the Cook County Courthouse in Rolling Meadows and paid my fines off for me that I didn't think that I would ever be able to afford because the amount was over $800. I didn't want him to pay it because the amount was too high. I was very upset and he was very calm and didn't seem to have any reservations about doing this to help me. I cried so much when I got home later that day because I have not been so fortunate to have anyone care about me so much or just want to help me. A few days later, I was able to get my license back. John has been allowing me the use of a donated vehicle while I am a participant in his program. I have the use of this vehicle to go to doctors appointments, use for personal needs like going to the store, and going to & from NASA which is all that I can think that I need it for.

From the beginning, I understood the grounds for my participation in the program from the moment that I began to fill out the application to "Project Fresh Start." I understood that in this program I needed to volunteer my time in exchange for the apartment that I lived in and utilities at the apartment building used for the program. I volunteered willfully in any place that I was needed on the days that I was not in school at Cortiva Institute. I volunteered to fill in at the Chicago Bears Home games at Soldier Field with NASA to raise funds for the program. I was very happy to do this. I volunteered at Soldier Field as long as NASA was running the booth. I enjoyed being in the stadium and the first time that I set foot into Soldier Field, I was like a kid in a candy store and John seemed eager to show me where our non-profit booth was, and it seemed so close to the field. He was excited to see my reaction at how close we were and what we could see and here. He was smiling from ear to ear and I was just as happy that I got to be a part of it. Being at Soldier Field during the games volunteering for the non-profit to raise funds for NASA was a great experience and I am fortunate that John included me in the events last year. It was a fast paced cash register/ customer service experience that I was fortunate to have because I developed my speed, accuracy and ability to help and serve mass quantities of people.

In any situation, I have looked up to John because he is kind and has only inspired me. I am not a perfect person and have made mistakes in my past as well as during the time here in the program. The fact that John gave me the chance that he has and forgave me when I wronged him, I feel that I cannot thank him enough for all that he has done for me. I have had a lot of struggle in my life and haven't had many people that have cared for me the way that John and others here at NASA have. He has shared good times with me and has invited me and other participants to celebrations, Christmas and other events. He has taken us out to see movies with others, and he thanks us for what we do daily for NASA. He has never asked me to do anything that I could not do, and has only provided for me where others have left me to fend for myself. He has never asked me to do anything for his personal gain. John is the closest thing to loving family that I have. Even for my birthday this past December, he took all of us to lunch and when we got back to the office, we had a small celebration and that day has meant so much to me that even thinking about it, nobody has ever done anything like this for me and I still get emotional in a good way thinking about it. This is my family and I love John and everyone else here at NASA more than anything.

NASA has provided for me and has protected me from living in a tent in the woods for almost years now and I have grown so much as a person because of my experiences in this program. While I was homeless, I avoided people because they reacted negatively toward me and treated me like I was *less than human*. As much as I understand in this situation, john has only cared about my well being. Since October of 2012, I have been receiving a stipend every week so that I can take care of things that are necessary for me like buying personal hygiene products, monthly phone cards, and other things that I might need or want like seeing a chiropractor to

correct my posture and back pain as well as having a membership at a fitness center. This has given me the ability to save money and pay for some medical expenses that I have had over the past year and a half. It has been since 2008 since I can remember being able to do things that I am able to do now. This is how much John appreciates me and shows me that he cares about me as a person and my well being. While I was homeless, I avoided people because they reacted negatively toward me and treated me like I was less than human.

If it wasn't for John, I don't know where I would be right now. I am a stronger person for what I have learned here, and I feel loved. I was lost and fragile before I found NASA Education Corporation, but I have found my voice and my dignity. So much has been done for me that I cannot even begin to show my appreciation and gratitude for how I have been treated or for what I have. John is like a father figure for me and has given me more than any other person has throughout most of my life and the fact that he has not given up on me means the world. I used to be embarrassed and quiet & unable to voice my opinion and John helped me find my strength again. I have enjoyed my time and what I have gained here and no longer feel invisible or worthless.

Your honor, I ask that you take into consideration the things that I have written in my letter to you and when contemplating his sentencing. He has only tried to help as often as I have seen, and not only in my situation. I have seen him help complete strangers that were not affected by his program. In most of my conversations with him, the things that he would mention were mostly to help individuals that needed help. Please consider my words. John Blanchard does mean a great deal for many of us and I could not imagine my life without having met him.

Thank you for taking the time out of your busy day to read this as it is a very important matter to me.

Christina Skalak

*Christina Skalak*

4-15-2014

# Exhibit

# C8

Please excuse handwriting
was in car - poor lighting
done on right hand

To Whom It May concern,

I want to take the time to send a sincere, heartfelt "Thank You", to John Blanchard. From the very first day of meeting John, his help he had given was truly beyond belief. I was given shelter, because I was homeless, he came and towed my truck and repaired knowing I had no means of paying for repairs, supplied me with resources to help me through, he got rid of a man I was with who was abusive, when hospitalized he took time and waited while I was in surgery and was there when I woke up 2 separate times, he made sure I was look in on when bedridden due to health reasons. There were so many times as a 56 yr old female he has come to my rescue because I had no one else. Truth of the matter, John Blanchard saved my life. I now can stand on my own two feet and am stable to lead a productive life where I will be without his generosity I don't believe I would be alive today.

His generosity is overwhelming. I wish I had his gift of giving. I would be at the

food pantry telling my story and a man in line asked me to tell John if he could bring him a pair of shoes. He had met John year before in the winter. His shoes were full of holes and falling apart. John went and got him a pair of ~~boots~~ and brought to him. I would be so proud to be a part of Nasa and most appreciative to John for all he's done for me, the veterans, and the community. I've always heard good things from church's and food pantry's about Nasa and John. God's going to bless this man for all the good he has done for all. Sincerely Debra Zinga

# Exhibit
# D

6-27-14

A. Artmas
25786 W Sylvan D.
Antioch, Ill 60002

To His Honor Judge Frederick J. Kapala
United States District Court for the Northern District of Illi...

Dear Judge Kapala,

In Reference to case # 2010R00895
& Court Docket # 12-CR-50051
United States vs John C. Blanchard.

I am providing a Victim impact statement.
This is very difficult for me. I was
caught in this vision of helping & reinvigorating
my fellow brothers-in-Arms. As a Veteran
of the 5th Infantry division I applauded the
vision and mission statement of John Blanchard.
I feel Absolutely saddened by Johns actions.
He was Reckless and crossed lines. But despite
this I pray that you most Honorable Judge Kapala
have mercy on this man.

⑫

And All I want to see is John Blanchard's original dream and vision for fellow veterans come to fruition. I want to thank you and the Court, the dept of Veterans Affairs, Senator Dick Durbin, Tammy Duckworth And all the wonderful, most patriotic people I have met and worked with, because of John Blanchards vision. Now it will carry on by others who have been made Aware. "Wounded Warrior Project" i.e. and other Veterans program everything Johns dream.

Even though John was a great visionary he also was very Reckless. Johns Vet's bled for him and sustained injuries, In Exchange for hope and brotherhood, that would carry on.

③

Many people in John's organization loved him. Respected him. Trusted him. And most of all believed in him.

The late checks and back-pay issues were Amy Johnson's and John's wife JoAnne responsibility. John mostly just signed the checks. John worked many times in the field and trenches with us. From raising tents for the U.S. Army @ Ft. McCoy to many, many jobs for state and Federal situations. We (1) took great pride in a job well done. Under Budget, I don't know but always on time.

But I am a Infantry man. I was taught mission first.

⑥

But time changes things. Now
I am an injured man. I have a request.
That the hosp. bill be compensated for
the incident of Feb - 25, 2013. Due to
John's Reckless behavior, a M-60 Blank
cartridge was detonated in a vise
At the shop (Vet/teks). I knew better,
but I stood with my commander. Round
went off and I recieved a gut - shot.
I visited the hospital to protect John and
said that a shop explosion occurred.
All I ask Judge Kapala is that the
hospital be compensated and I recieve my
Back pay.

Thankyou for your time,
cordially yours,
Anton - Jo

# Exhibit

# E

89510-001957

# McHenry County Blog

 Subscribe

- Home
- About

## Archive for the 'Vet-Teks'

### Forbidden

July 01, 2009 By: Cal Skinner Category: Forbidden, Google Blocking, Internet Access, John Blanchard, Vet-Teks

I seem to have posted something that someone in power in China doesn't want its citizens reading.

It seems to have something to do with the following picture of a Vet-Teks truck and two drivers supplied by John Blanchard's NASA Education.

Just two guys standing next to a truck in a story published May 1, 2008, entitled,

**"Veterans Starting to Truck"**

Google **Forbidden**

Your client does not have permission to get URL /imglanding?
imgurl=http://www.mchenrycountyblog.com/uploaded_images/NASA-Ed-Vet-Tek-Truck-with-drivers-718441.jpg&imgrefurl=http://www.mchenrycountyblog.com/2008_05_01_mchenrycountyblog_archive.html&usg=__t88hHFsDfO76z04FykEeH0WikHE
from this server. (Client IP address: 99.189.133.187)

Please see Google's Terms of Service posted at http://www.google.com/terms_of_service.html

· If you believe that you have received this response in error, please report your problem. However, please make sure to take a look at our Terms of Service (http://www.google.com/terms_of_service.html).

In your email, please send us the entire code displayed below.

Please also send us any information you may know about how you are performing your Google searches-- for example, "I'm using the Opera browser on Linux to do searches from home. My Internet access is through a dial-up account I have with the FooCorp ISP." or "I'm using the Konqueror browser on Linux to search from my job at myFoo.com.

My machine's IP address is 10.20.30.40, but all of myFoo's web traffic goes through some kind of proxy server whose IP address is 10.11.12.13." (If you don't know any information like this, that's OK. But this kind of information can help us track down problems, so please tell us what you can.)

We will use all this information to diagnose the problem, and we'll hopefully have you back up and searching with Google again quickly!

Please note that although we read all the email we receive, we are not always able to send a personal response to each and every email. So don't despair if you don't hear back from us!

Also note that if you do not send us the entire code below, we will not be able to help you.

Best wishes,

The Google Team

Here's where the attempt to access the picture came from (click to enlarge):

Anybody have any idea what's going on?

Comment (1)

89510-001958

## Crystal Lake Businessman Using Skills to Help Veterans Set Up Small Businesses

May 02, 2008 By: Cal Skinner Category: Anchor Solutions, Avant-Garde, John Blanchard, Liberating Solutions, NASA Education, Vet-Teks

Yesterday, McHenry County Blog wrote of Vet-Tek, a trucking company NASA Education's John Blanchard is getting off the ground to provide well-paying truck driving jobs to veterans.

Today's article is about an effort to use Blanchard's talents to help veterans set up small businesses.

The following is from a press release:

> NASA Education has developed Avant-Garde as a kind of SBA organization which creates and initially funds the service disabled veteran-owned businesses.
> Avant-Garde takes care of all requirements for setting up a business, such
>
> - licensing and permits;
> - all state and Federal filing requirements;
> - payroll, unemployment, local and Federal tax issues;
> - all employee and withholdings issues; and
> - the education of the disabled veteran in investment opportunities.
>
> We also negotiate all Federal contract terms and agreements, and perform all invoicing and accounting tasks.
>
> Avant-Garde basically educates these individuals on how to be business owners.
>
> Typically these individuals have had plenty of technical experience, but may not know how to run and operate an actual business.
>
> Avant-Garde has created three service disabled veteran-owned businesses since July of 2007.
>
> These are Anchor Solutions Corporation, Liberating Solutions, Inc. and Vet-Teks, Inc.
>
> Anchor Solutions Corporation specializes in call centers, customer service centers, help desk and dispatching services.
>
> Liberating Solutions, Inc. specializes in landscaping and grounds keeping, building maintenance, property management, light construction and demolition.
>
> The main focus of Vet-Teks, Inc. is transportation: livery, medical transport and over the road trucking. One of Vet-Tek's recent successes is that they currently facilitate a CDL school.
>
> All of the service disabled veteran-owned businesses are successful bidders and benefactors of Federal contracts. Existing contracts are from Federal agencies, such as the Bureau of Land Management; U.S. Department of Agriculture; U.S. Department of Defense; U.S. Army and U.S. Air Force; U.S. Department of Veterans' Affairs; and the U.S. Department of Treasury.
>
> Avant-Garde's gross annual contracts total $1,957,500.00 to date, which is really impressive for a little more than eight months of activity.
>
> However, as you can probably imagine, these new business owners quickly learn the cost of doing business when Avant-Garde instructs them in the general business ownership fundamentals, such as payroll, taxes, insurance and accounts payable.
>
> In keeping with the tradition of NASA Education Corporation and John Blanchard, these business owners are not forgetful of their past. They have their fellow veterans' needs at heart, and they have become significant contributors to NASA Education, Avant-Garde and the growth of this organization.

No Comments →

## Crystal Lake Businessman Using Skills to Help Veterans Set Up Small Businesses

May 02, 2008 By: Cal Skinner Category: Anchor Solutions, Avant-Garde, John Blanchard, Liberating Solutions, NASA Education, Vet-Teks

Yesterday, McHenry County Blog wrote of Vet-Tek, a trucking company NASA Education's John Blanchard is getting off the ground to provide well-paying truck driving jobs to veterans.

Today's article is about an effort to use Blanchard's talents to help veterans set up small businesses.

The following is from a press release:

> NASA Education has developed Avant-Garde as a kind of SBA organization which creates and initially funds the service disabled veteran-owned businesses.
> Avant-Garde takes care of all requirements for setting up a business, such
>
> - licensing and permits;
> - all state and Federal filing requirements;
> - payroll, unemployment, local and Federal tax issues;
> - all employee and withholdings issues; and
> - the education of the disabled veteran in investment opportunities.
>
> We also negotiate all Federal contract terms and agreements, and perform all invoicing and accounting tasks.
>
> Avant-Garde basically educates these individuals on how to be business owners.
>
> Typically these individuals have had plenty of technical experience, but may not know how to run and operate an actual business.

89510-001959

Avant-Garde has created three service disabled veteran-owned businesses since July of 2007.

These are Anchor Solutions Corporation, Liberating Solutions, Inc. and Vet-Teks, Inc.

Anchor Solutions Corporation specializes in call centers, customer service centers, help desk and dispatching services.

Liberating Solutions, Inc. specializes in landscaping and grounds keeping, building maintenance, property management, light construction and demolition.

The main focus of Vet-Teks, Inc. is transportation: livery, medical transport and over the road trucking. One of Vet-Tek's recent successes is that they currently facilitate a CDL school.

All of the service disabled veteran-owned businesses are successful bidders and benefactors of Federal contracts. Existing contracts are from Federal agencies, such as the Bureau of Land Management; U.S. Department of Agriculture; U.S. Department of Defense; U.S. Army and U.S. Air Force; U.S. Department of Veterans' Affairs; and the U.S. Department of Treasury.

Avant-Garde's gross annual contracts total $1,957,500.00 to date, which is really impressive for a little more than eight months of activity.

However, as you can probably imagine, these new business owners quickly learn the cost of doing business when Avant-Garde instructs them in the general business ownership fundamentals, such as payroll, taxes, insurance and accounts payable.

In keeping with the tradition of NASA Education Corporation and John Blanchard, these business owners are not forgetful of their past. They have their fellow veterans' needs at heart, and they have become significant contributors to NASA Education, Avant-Garde and the growth of this organization.

No Comments →

## Veterans Starting to Truck

May 01, 2008 By: Cal Skinner Category: John Blanchard, Ray Charlette, Vet-Teks, Veterans Housing

 One of the ways that Crystal Laker John Blanchard wants to help veterans is by starting an over the road trucking company in which most of the drivers have been in the armed services.

Blanchard has already found a way to provide housing for veterans.

None of the controversy that boiled over in Hebron when the ultimately successful effort was made to turn an old motel on Route 47 into a place for veterans to live.

Blanchard figured out that when one owns an apartment building, one can rent to anyone one wants. You don't need anyone's approval first.

A trucking company seemed to be a natural employment opportunity, I learned from talking to Blanchard. It's name is Vet-Teks, Inc.

The first run is from Crystal Lake, Illinois; Lafayette, Indiana; Dallas, Texas; Poplar Bluff, Missouri; Menominee, Wisconsin; Minneapolis, Minnesota; Batavia, Illinois and back to Crystal Lake.

All of Vet-Teks trucks are 4 days of driving and 3 days of routine maintenance, giving the drivers 3 days where they may have additional training and just a time for rest and relaxation before heading out to their next destination.

In NASA Education's Project Fresh Start program, those who are capable and have a desire to drive a truck are offered the opportunity to go through our CDL program. They drive with experienced drivers in the beginning.

"I promised in October, 2007 that by the end of this year, 2008, that I would have fifty trucks on the road and I believe we'll make that very soon" Blanchard said. "Fifty trucks on the road equates to one hundred drivers or at least seventy-five participants from our program on the road working and receiving a competitive wage."

"Through the devoted leadership of Ray Charlette, an Airborne Ranger of the U.S. Army, we were able to accomplish this feat in a matter of weeks," he continued," where normally it takes months to get all of the paperwork pushed through; trucks and trailers purchased, titled and registered. Ray was referred to us through the Illinois Department of Employment Securities/LVER, stating that he had a gentleman that was down on his luck, but had a successful CDL driving record and 22 years of trucking experience. So three weeks before Christmas, we brought Ray on board and the rest will make history."

Ray told Blanchard, "I really appreciate this opportunity and I won't let you and these guys (veterans in the program) down."

More tomorrow about how Blanchard's operation is helping veterans set up small businesses.

--- --- ---
The photo shows John Blanchard talking to a couple of volunteers at the the most recent Stand Down at Camp Algonquin.

No Comments →

## Veterans Starting to Truck

May 01, 2008 By: Cal Skinner Category: John Blanchard, Ray Charlette, Vet-Teks, Veterans Housing

One of the ways that Crystal Laker John Blanchard wants to help veterans is by starting an over the road trucking company in which most of the drivers have been in the armed services.

Blanchard has already found a way to provide housing for veterans.

None of the controversy that boiled over in Hebron when the ultimately successful effort was made to turn an old motel on Route 47 into a place for veterans to live.

89510-001960

Blanchard figured out that when one owns an apartment building, one can rent to anyone one wants. You don't need anyone's approval first.

A trucking company seemed to be a natural employment opportunity, I learned from talking to Blanchard. It's name is Vet-Teks, Inc.

The first run is from Crystal Lake, Illinois; Lafayette, Indiana; Dallas, Texas; Poplar Bluff, Missouri; Menominee, Wisconsin; Minneapolis, Minnesota; Batavia, Illinois and back to Crystal Lake.

All of Vet-Teks trucks are 4 days of driving and 3 days of routine maintenance, giving the drivers 3 days where they may have additional training and just a time for rest and relaxation before heading out to their next destination. 

In NASA Education's Project Fresh Start program, those who are capable and have a desire to drive a truck are offered the opportunity to go through our CDL program. They drive with experienced drivers in the beginning.

"I promised in October, 2007 that by the end of this year, 2008, that I would have fifty trucks on the road and I believe we'll make that very soon" Blanchard said. "Fifty trucks on the road equates to one hundred drivers or at least seventy-five participants from our program on the road working and receiving a competitive wage."

"Through the devoted leadership of Ray Charlette, an Airborne Ranger of the U.S. Army, we were able to accomplish this feat in a matter of weeks," he continued," where normally it takes months to get all of the paperwork pushed through, trucks and trailers purchased, titled and registered. Ray was referred to us through the Illinois Department of Employment Securities/LVER, stating that he had a gentleman that was down on his luck, but had a successful CDL driving record and 22 years of trucking experience. So three weeks before Christmas, we brought Ray on board and the rest will make history."

Ray told Blanchard, "I really appreciate this opportunity and I won't let you and these guys (veterans in the program) down."

More tomorrow about how Blanchard's operation is helping veterans set up small businesses.

= = = = =
The photo shows John Blanchard talking to a couple of volunteers at the most recent Stand Down at Camp Algonquin.

No Comments →

### Thompson
### Appliance Repair

**Serving
McHenry County**

## (815) 338-5611



· **About**

This is a journal of news and opinion designed to bring to light matters of public interest and to encourage public participation in the governmental process.

Emphasis will be on McHenry County, but Illinois state news will be covered. Articles and photos are copyrighted and may not be reproduced without explicit written permission.

McHenry County Blog | Vet-Teks                                        Page 5 of 5

89510-001961

Email Cal Skinner

· **Search McHenryCountyBlog.com**

· **RSS Feed**

□ Subscribe to McHenry County Blog

· ⊠ **Latest Posts**

- Grafton Township Trustees Appeal Their Circuit Court Losses 05/18/2012
- Wouldn't You Think Tom Cross Would Want an Opponent for "Chainsaw Jack" Franks? 17 Days to Get One 05/18/2012
- Master Arborist Wayne White Due for Second Treatment of Emerald Ash Borer Insecticide 05/18/2012
- Blago's Chief of Staff John Harris Follows in Footsteps of Eugene Debs in Being Incarcerated at McHenry County Jail 05/18/2012
- The Fifth Day of Crystal Lake City Salaries 05/18/2012
- Carrie Gil Found Guilty of Attempted Murder & Arson 05/17/2012
- Obama Administration Finally Issues Rape Rules for Prisons & Jails 05/17/2012
- Rockford Postal Sorting Center Follows Manzullo's Election Defeat 05/17/2012
- Scott Summers Brings Conflict of Interest Appearance Issue to the Fore 05/17/2012
- South Barrington Medicare Doctor Convicted of Making False Statements 05/17/2012

McHenry County Blog © 2007 - 2012 All Rights Reserved. Entries and Comments.

# Exhibit

# F

# Liberating Solutions Corporation
6819 Hillside Rd, Crystal Lake, IL 60012
815-455-5190 / 815-455-5296

I Amanda Schumacher,                                          07-25-07

 Relinquish my fifty one percent ownership of Liberating Solutions Corporation to John C. Blanchard, COO of Liberating Solutions.

Thank you,

Amanda Schumacher
President

# Exhibit

# G

September 9, 2014

The Honorable Frederick J. Kapala

United States District Judge

Northern District of Illinois

Western Division

In re: John Blanchard

The Hon. Frederick J. Kapala:

We would like to begin by introducing ourselves, we are Thomas E. and Renae R. Baxter who reside at N6384 Rames Rd, Ladysmith, WI, have been married 42 years and have resided in Rusk County, WI our entire lives, we are both retired. Thomas was drafted into the Army in 1966, was honorably discharged in 1968 and then became employed at a feed store for 30 years. Renae worked as Rusk County Clerk of Circuit Court for 38+ years until retiring in 2013.

We first met John in May of 2014 at Lured Inn Campground when he took over ownership of the restaurant/lodge and campground. We have had our permanent trailer parked at Lured Inn for 11 years and spent the majority of our time at the lake between the months of April and October and we feel we have gotten to know John quite well.

Since John has arrived we have seen many times what a hard working, kind hearted person he is. Some examples of the things he has done are: always greets everyone with a smile and handshake or hug, helped with the building of a deck for our neighbor, has had pancake fundraiser breakfasts for veterans donating to local organizations such as the Chetek and Weyerhaeuser VFW's. John placed a flag near the shoreline and will be creating a gathering place for all with bricks being placed with memorable writings.

Last weekend, John shared with us the fact that he had been charged with a serious criminal offense and that he is guilty and has plead to the charges. John tried to contain his emotions as he spoke and did need to pause a few times as he told us. We feel John is really remorseful, we could tell this was very difficult for him to do and we respect him for this.

We realize we have known John for a very short time but he has become a big part of our campground family and we are hoping this will assist him during sentencing.

Sincerely,

Thomas E. Baxter

Renae R. Baxter

GLEN & DEBRA LARSON

622 Dwight Street
Chippewa Falls, WI 54729
715-726-1545

September 10, 2014

Frederick J. Kapala
United States District Judge
Northern District of Illinois
Western Division

Subject: Character Reference Letter for John Blanchard

To: Honorable Judge Frederick J. Kapala

We would like to introduce ourselves as Glen and Debra Larson. Glen retired in April
2014 after 30 years of employment as an operating engineer. Debra has been employed as
a nursing consultant for the State of Wisconsin - Bureau of Quality Assurance since March
13, 1989.

We became acquainted with John in May of 2014 when he moved to Chetek, Wisconsin.
Our first impression of him was that he was a kind, sincere person. Since meeting John we
have had the pleasure of being able to spend time with him on a weekly basis. We believe
this puts us in a position to provide you with a personal assessment of his character.

In the time we have know John he has always been kind and generous with others. He has
shown a strong since of duty to his job, family and community. He also possesses a great
deal of integrity and constantly tries to make sure he is doing the right thing. He has
always acted in a honest, ethical and forth right manner. He is a hardworking person and
we have immense respect for him.

In the short time we have known John he has sponsored two fund raisers for veterans. The
proceeds of the fund raisers were donated to the Veterans of Foreign War's in Barron and
Rusk counties in Wisconsin. He has additional fund raisers planned for the benefit of the
veterans. He currently is developing a veteran's memorial at Lured Inn campground in
Chetek, Wisconsin.

John has made immense repairs and upgrades to Lured Inn campground since May 2014.
The campground had been neglected for years. Visitors to the campground comment on
the improvements that have been made. We have never heard a visitor or member of the
community make a negative comment related to John. The comments we have heard were
in regards to his work ethic, his compassion for the campground and his positive attitude.

John has been actively involved with the Potato Lake Association since moving to the community. The association stocks the lake with various fish species, places fish cribs and strives to keep the lake environmentally sound. He attends the meetings and volunteers to assist however he can.

We have observed John's interactions with his son. When we first met his son he was very introverted. Since May we have observed a total transformation of his son. He has become outgoing, has gained confidence in himself and has shown the same qualities we see in his father, John. We have witnessed John teaching his son to take responsibility for his actions, gain a strong work ethic, treat everyone with respect and be honest. When his son has done something wrong John has demonstrated great parenting skills by explaining what he did wrong and guiding him to determine what he should have done instead. We have never heard John raise his voice to his son. This demonstrates the type of character John has.

John has recently shared his involvement in this legal matter. This current situation he faces with now having plead guilty to federal charges, is testing his composure we are sure. Still he seems prepared to face the consequences of the decision he has made. We have never heard one bitter or resentful word from him. We are amazed at the character that he has shown. We know that he is scared but we know that he is prepared and willing to deal with the outcome.

It is our opinion, his integrity and sincerity are without question. We are proud to know him and call him our friend.

It is our hope that when you decide how it is that John should be held accountable for his actions, that you please consider the type of man he has always sought to be, and most often truly was, caring and of benefit to others.

Sincerely,

Alen Larson
Debra K Larson

Frederick J. Kapala
United States District Judge
Northern District of Illinois
Western Division

Honorable Judge Kapala,

My name is Jim Kelly - retired Highway Tech III of Dakota County, Mn and 20½ years Army National Guard.

I was first introduced to John Blanchard in May of 2014. John is manager of our campground at Chetek, WI.

From the time John has taken over as manage of the resort, the campground and restaurant/bar has run much more smoothly and patrons are more content. John deals with everyone with consideration and compassion. John has sponsored meals with all proceeds going to veterans association in the area. From the start it has been obvious that John is dedicated to the veteran; in this capacity he has started a memorial on the campground to veterans — past and present & he has also invited veterans to stay at our campground from time-to-time.

In the last few weeks we've noticed a different John. Guilt is weighing down on

John and he confessed to us what had happened. We are disappointed, but knowing John, feel that he has remorse for his crime and has accepted responsibility. Please consider this in your judgement.

Jim Kelly

To: The Honorable U.S.D.J.
   Frederick J. Kapala

   Our names are Russell & Judith Anderson. We are friends, acquaintances & reside in the Resort-campground John Blanchard owns, so we are writing in behalf of John.

   Russ is now retired, worked in a cabinet-formica specialist shop for over 36 years -(same Comp) also a Veteran.

   Judie was a cosmetologist, earlier years., last 33 worked for Minnetonka Public Schools as a Cook manager, now retired. We've been married 44 years. (2 children.)

   We've been at Lured Inn Lodge 11 years, had some tough years of late, our old owners, did not want it or did they care what happened to it, we had no resort restaurant open, the last years. Then we had John Blanchard come bought it & we felt like it was a "God sent", We had someone who cared, is fixing things that needed fixing, badly, responsible, absolutely a Great person & we feel so fortunate to have a great owner, finally. Have not known him for years, But (wish we had) since he has taken over, nothing but praise & good things to say about him - fair, honest. responsible person. If something needs attention, he see's to it immediately. Example: a branch went threw a persons

Camper durning a wind storm, he immediately said
he would call his insurance Co., our old owners would
have said it was our responsibilty, you deal with it -
end of story. Use your own Insurance Company.

It is very hard for us to believe or even fathom
John doing anything intentionally wrong, when he feels
so strongly about his Veterans & helping them or anyone.
He is making a "memorial" at the campground right now.

So we are writing because it is so out of character
to hear, he has intentionally done some things wrong, when most
times he does not benefit from his actions. He cares
for people & especially his "disabled Veterans." Has used
alot of his own time & money to help them. He truely
is a person who cares.

So we are hoping & praying that Justice
maybe served, But you will also see the kind of
person your dealing with, we need more people out
their like John Blanchard, who are "dedicated"
to helping people, especially our Veterans! So we are
asking, (as caring people ourselves) to consider all things, &
use leniency, in your decision. For a Good, law abiding
person he is. Thank you for your time & listening, we
appreciate it -

Sincerely -
Russ & Judi Anderson