UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 12 CR 50051-1 |
| vs. | ) | Judge Frederick J. Kapala |
| | ) | |
| JOHN C. BLANCHARD | ) | |

## AGREED ORDER REGARDING RESTITUTION AS TO
## DEFENDANT JOHN C. BLANCHARD

Upon the agreed motion of the UNITED STATES OF AMERICA, by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, and the defendant, JOHN C. BLANCHARD, by his attorney, Alan Baum, it is ordered as follows:

Defendant shall pay restitution in the amount of $267,697.49 to the individuals and entities set forth in the government's victim information form. The $169,538.33 in restitution to the Bureau of the Fiscal Service shall be joint and several with co-defendant, Eric Behler (12 CR 50051-2). The remaining $98,159.16 in restitution shall be joint and several with co-defendants, Eric Behler (12 CR 50051-2) and Joanne Blanchard (12 CR 50051-3).

ENTER:

_____
FREDERICK J. KAPALA
United States District Court Judge
Northern District of Illinois

Date: 10-7-14

Agreed and Jointly submitted by:

_____
ALAN BAUM, Attorney for Defendant

_____
10-7-14
DATE

_____
JOSEPH C. PEDERSEN, Assistant U.S. Attorney

_____
10-7-14
DATE