UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
    Plaintiff

v

JOHN C BLANCHARD,
    Defendant

Case No 12-CR-50051-1

FILED
FEB 13 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MOTION TO VACATE RESTITUTION ORDER
AND FOR OTHER RELIEF

Comes now Defendant/Movant, John C Blanchard, pro se, (hereinafter "Blanchard") and for his Motion to Vacate Restitution Order and for other Relief, and in support thereof, states as follows:

1. On September 30, 2014, this honorable court entered a criminal judgement against Blanchard, which judgement included an order for the payment of restitution in the amount of $267,697.49.

2. Blanchard is presently the owner of two parcels of real property, the aggregate fair-market value of which, Blanchard respectfully contends, likely exceeds his restitution obligation in this matter.

3. The residential properties at issue, include the following:

    A. 6819 W Hillside, Crystal Lake IL 60012, with an approximate fair-market value of $170,000.00;

    B. 6917 Foxfire Dr, Crystal Lake IL 60012, unknown market value at present.

4. Blanchard respectfully requests the opportunity to provide the government herein with quit-claim deed interests in the aforementioned residential properties owned by Blanchard at this time. In that Blanchard is, at present, a federally incarcerated inmate, he is unable to direct and to effectuate a sale of these properties, the proceeds of which, if sold, could then be readily

applied toward Blanchard's restitution obligation herein.

WHEREFORE Defendant/Movant John C Blanchard prays this court enter an order as follows:

A. Grant Blanchard's Motion to vacate restitution order and for other relief;

B. Direct that the government accept Blanchard's offer to provide it with quit-claim deeds of Blanchard's ownership interests in 6819 W Hillside, Crystal Lake IL 60012 and 6917 Foxfire Dr, Crystal Lake IL 60012;

C. Provide that, once the aforementioned properties are sold by the government, that the government provide the court and Blanchard with a full accounting of these property sales, which accounting will then allow the court to amend Blanchard's criminal judgement order to fully reflect appropriate credits and adjustments to Blanchard's original restitution balance; and

D. For such other and further relief as this court deems is just and proper.

Respectfully submitted,

John C Blanchard    44943-424
FCI Milan - POB 1000
Milan MI 48160

CERTIFICATE OF SERVICE

I, John C Blanchard, hereby state under oath and under penalty of perjury that I deposited a true and correct copy of my MOTION TO VACATE RESTITUTION ORDER AND FOR OTHER RELIEF into the US Mail system at Milan FCI on February _10_, 2015, with a copy sent to:

United States Attorney
308 W State   Room 300
Rockford IL 61101

_/s/ John C Blanchard_



Blanchard 44943-424
FEDERAL CORRECTIONAL INSTITUTION
FCI MILAN
PO BOX 1000
MILAN MI 48160

◇44943-424◇
Clerk Of The Court
327 S Church ST
United States Court House
Rockford, IL 61101
United States